| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**   **STW Resources Holding Corp.**

2. **All other names debtor used in the last 8 years**   dba STW Pipeline Maintenance & Construction

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   2 6 – 1 9 4 5 7 4 3

4. **Debtor's address**

   **Principal place of business**

   **5307 E. Mockingbird Lane**
   Number    Street
   **5th Floor, Mockingbird Station**

   **Dallas**      **TX**    **75206**
   City           State    ZIP Code

   **Dallas**
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street
   _____
   P.O. Box
   _____
   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   **Midland, Texas**
   Number    Street
   _____
   _____
   City         State    ZIP Code

5. **Debtor's website (URL)**   http://www.stwresources.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **STW Resources Holding Corp.**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

   2  2  1  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  Check all that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
         District _____  When _____  Case number _____
                                         MM / DD / YYYY
         District _____  When _____  Case number _____
                                         MM / DD / YYYY

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **STW Resources Holding Corp.** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in _this district?_**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
_____ _____ _____
City   State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **STW Resources Holding Corp.**  Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☒ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

**Part X:  Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/02/2016**
MM / DD / YYYY

X **/s/ Alan Murphy**                         **Alan Murphy**
Signature of authorized representative of debtor    Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Michael S. Mitchell**                 Date **08/02/2016**
Signature of Attorney for Debtor              MM / DD / YYYY

**Michael S. Mitchell**
Printed name

**DeMarco Mitchell, PLLC**
Firm Name

**1255 West 15th St., 805**
Number     Street

**Plano**                    **TX**          **75075**
City                         State           ZIP Code

Contact phone **(972) 578-1400**    Email address **mike@demarcomitchell.com**

**00788065**
Bar number                            State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# CERTIFICATION OF RESOLUTIONS PASSED DURING A TELEPHONIC MEETING OF THE BOARD OF DIRECTORS OF STW RESOURCES HOLDING CORP.

On July 18, 2016, at 11:12 AM, a telephonic Board Meeting of the Directors of STW Resources Holding Corp., a corporation of the State of Nevada (the "Corporation"), was held. All Members of the Board were present on the call and a Quorum was announced by the Chairman. All Board members present voted to authorize and approve the actions set forth in the following resolutions and consented to the following actions of this Corporation, which actions are hereby deemed effective as of the date hereof:

## BANKRUPTCY FILING AUTHORIZATION

**RESOLVED:** That that Company is authorized to file for bankruptcy protection under Chapter 11 of the U.S. Bankruptcy Code for STW Resources Holding Corp. at a time to be determined by the officers of the Corporation.

**FURTHER RESOLVED:** That that Company is authorized to file for bankruptcy protection under Chapter 11 or Chapter 7 of the U.S. Bankruptcy Code for the Corporation's subsidiary limited liability companies: Living Water Process & Technology Solutions, LLC (formerly known as STW Water Process & Technologies, LLC), STW Pipeline Maintenance & Construction, LLC; STW Oilfield Construction, LLC; and STW Energy Services, LLC, at times to be determined by the officers of the Corporation.

**RESOLVED FURTHER:** That each of the officers of the Corporation be, and they hereby are, authorized and empowered to execute and deliver such documents, instruments and papers and to take any and all other action as they or any of them may deem necessary or appropriate of the purpose of carrying out the intent of the foregoing resolutions and the transactions contemplated thereby; and that the authority of such officers to execute and deliver any such documents, instruments and papers and to take any such other action shall be conclusively evidenced by their execution and delivery thereof or their taking thereof.

ATTEST:

*[signature]*

D. Grant Seabolt, Jr., Corporate Secretary
Dated: July 22, 2016

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re    **STW Resources Holding Corp.**                                                              Case No.

                                                                                                      Chapter    **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____**000-52654**_____.

2. The following financial data is the latest available information and refers to the debtor's condition on ____**3/31/2016**____.

    a. Total assets                                                                **($874,495.32)**

    b. Total debts (including debts listed in 2.c., below)            **$17,271,656.11**

    c. Debt securities held by more than 500 holders:                                                    Approximate number of holders:

    | | | | | |
    |---|---|---|---|---|
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

    d. Number of shares of preferred stock                                **0**

    e. Number of shares of common stock                            **50729373**                    **363**

    Comments, if any:
    **Last audited financials were as of 09/30/2015 3rd Q 10Q. Last bank statements reconciled bookkeeping entries were as of 03/31/2016.**

3. Brief description of debtor's business:
**STW Resources Holding Corp is a holding company for 4 subsidiary companies involved in the business of reclamation, drilling and resale of water in West Texas.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Stanley T. Weiner 12.67%**
**Paul DiFrancesco 6.79%**

Official Form 201A          Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11

| Fill in this information to identify the case: |
|---|
| Debtor name **STW Resources Holding Corp.** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE Ionics, Inc. Po Box 2216 Schnenectady, NY 12301-2216 | Robinson & Cole, LLP 203-462-7500 | Note | Contingent Unliquidated Disputed | | | 11,906,242.00 |
| 2 | Crown Financial, LLC P.O. Box 219330 Houston, TX 77218 | Crown Financial, LLC 281-646-2905 | UCC1 | | $2,300,000.00 | $54,860.09 | $2,245,139.91 |
| 3 | United Drilling, Inc. C/O Shafer, Davis, O'Leary & Stoker PO Drawer 1552 Odessa, TX 79760-1552 Attn: James W. Essman | James W. Essman 432-332-0893 jessman@shaferfirm.com | Drilling services | Contingent Unliquidated Disputed | | | $1,577,833.33 |
| 4 | Dufrane Nuclear Shielding, Inc. C/O Darrell W. Corzine 4840 E. University Blvd. Odessa, TX 79762 | Darrell W. Corzine 432-367-7271 dcorzine@kmdfirm.com | Judgment lien | | | | $726,714.85 |
| 5 | Energy Transfer C/O Keegan Pieper, Assoc. Gen. Counsel 1300 Main Street Mail Stop 20.035C Houston, TX 77002 | Keegan Pieper 713-989-7009 | General services and maintenance agmt. | Contingent Unliquidated Disputed | | | $700,000.00 |

Debtor    **STW Resources Holding Corp.**    Case number (if known) _____
          Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 | Lynette Dillen<br>C/O Pope, Berger, Williams & Reynolds<br>401 B Street, Suite 2000<br>San Diego, CA 92101 | Sara J. Waller<br>619-234-1222 | Wages, breach of contract, etc. | Contingent<br>Unliquidated<br>Disputed | | | $523,416.46 |
| 7 | East J4 LP<br>C/O Cotton, Bledsoe, Tighe & Dawson, PC<br>PO Box 2776<br>Midland, TX 79702 | Cotton, Bledsoe, Tighe & Dawso<br>866-721-6665 | Judgment lien | | | | $412,093.64 |
| 8 | McNees Wallace & Nurick, LLC<br>100 Pine Street #5<br>Harrisburg, PA 17101 | McNees, Wallace & Nurick, LLC<br>717-232-8000 | Legal services | | | | $355,072.12 |
| 9 | Watson Packer, LLC<br>d/b/a Chief Services<br>600 N. Big Spring Street<br>Midland, TX 79701 | Watson Packer, LLC<br>432-235-1883 | Services | Contingent<br>Unliquidated<br>Disputed | | | $270,186.29 |
| 10 | FirstFire Global Opportunities Fund, LLC<br>C/O Nicolas F. Coscia, Esq.<br>PO Box 789<br>Cardiff-by-the-Sea, CA | Nicolas F. Coscia, Esq.<br>619-993-3361<br>Nick@cosciaSEC.com | Note | | | | $261,657.53 |
| 11 | Beard Equipment Co., Inc.<br>C/O The Law Office of Alan A. Aaron<br>410 West Ohio, Suite 202<br>Midland, TX 79701 | Alan A. Aaron<br>432-682-3550 | Equipment leases | | | | $228,586.00 |
| 12 | Viewpoint Securities, LLC<br>401 West A Street<br>Suite 325<br>San Diego, CA 92101 | Seth Leyton<br>619-272-2810 | Banking services | | | | $228,170.92 |
| 13 | LLG Energy Services, LLC<br>d/b/a Moonlight Energy Services<br>C/O Davis, Gerald & Cremer, PC | Jacob M. Davidson<br>432-687-0011<br>jmdavidson@dgclaw.com | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $203,756.88 |

Debtor **STW Resources Holding Corp.** Case number (if known) _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Power Up Lending Group, Ltd.<br>C/O Richard S. Naidich, Esq.<br>Naidich Wurman, LLP<br>111 Great Neck Road, | Richard S. Naidich, Esq.<br>516-498-2900 | Judgment lien | | | | $193,349.96 |
| 15 | Miranda CFO Services, Inc.<br>600 West Broadway, Suite 700<br>San Diego, CA 92101 | Miranda CFO Services, Inc.<br>619-632-4762 | Services | | | | $189,194.67 |
| 16 | Oilprice.com<br>C/O Jeffrey T. Hall<br>1700 Pacific Avenue, Suite 4750<br>Dallas, TX 75201 | Jeffrey T. Hall<br>214-635-1839<br>jthallesq@gmail.com | Services | Contingent<br>Unliquidated<br>Disputed | | | $150,000.00 |
| 17 | MDM Worldwide Solutions, Inc.<br>264 W 40th Street #602<br>New York, NY 10018 | MDM Worldwide Solutions, Inc.<br>212-643-0417 | Services | | | | $120,000.00 |
| 18 | Marcum, LLP<br>750 3rd Avenue, 11th Floor<br>New York, NY 10017 | Marcum, LLP<br>855-626-2861 | Services | | | | $111,157.27 |
| 19 | Express 4X4 Truck Rental<br>C/O Morris & Adelman, PC<br>PO Box 2235<br>Bala Cynwyd, PA 19004- | James W. Adelman<br>215-568-5621<br>mail@morrisadelman.com | Truck rental | | | | $89,890.51 |
| 20 | Seaboard International, Inc.<br>d/b/a Weir Seaboard<br>C/O Ben L. Aderholt<br>9 Greenway Plaza, Suite 1100 | Ben L. Aderholt<br>713-651-0111 | Unsecured | Contingent<br>Unliquidated<br>Disputed | | | $80,685.01 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 3