| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **STW Resources Holding Corp.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE Ionics, Inc. Po Box 2216 Schnenectady, NY 12301-2216 | Robinson & Cole, LLP 203-462-7500 | Note | Contingent Unliquidated Disputed | | | 11,906,242.00 |
| 2 | Crown Financial, LLC P.O. Box 219330 Houston, TX 77218 | Crown Financial, LLC 281-646-2905 | UCC1 | | $2,300,000.00 | $54,860.09 | $2,245,139.91 |
| 3 | United Drilling, Inc. C/O Shafer, Davis, O'Leary & Stoker PO Drawer 1552 Odessa, TX 79760-1552 Attn: James W. Essman | James W. Essman 432-332-0893 jessman@shaferfirm.com | Drilling services | Contingent Unliquidated Disputed | | | $1,577,833.33 |
| 4 | Dufrane Nuclear Shielding, Inc. C/O Darrell W. Corzine 4840 E. University Blvd. Odessa, TX 79762 | Darrell W. Corzine 432-367-7271 dcorzine@kmdfirm.com | Judgment lien | | | | $726,714.85 |
| 5 | Energy Transfer C/O Keegan Pieper, Assoc. Gen. Counsel 1300 Main Street Mail Stop 20.035C Houston, TX 77002 | Keegan Pieper 713-989-7009 | General services and maintenance agmt. | Contingent Unliquidated Disputed | | | $700,000.00 |

Debtor    **STW Resources Holding Corp.**    Case number (if known) _____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Lynette Dillen C/O Pope, Berger, Williams & Reynolds 401 B Street, Suite 2000 San Diego, CA 92101 | Sara J. Waller 619-234-1222 | Wages, breach of contract, etc. | Contingent Unliquidated Disputed | | | $523,416.46 |
| 7 | East J4 LP C/O Cotton, Bledsoe, Tighe & Dawson, PC PO Box 2776 Midland, TX 79702 | Cotton, Bledsoe, Tighe & Dawso 866-721-6665 | Judgment lien | | | | $412,093.64 |
| 8 | McNees Wallace & Nurick, LLC 100 Pine Street #5 Harrisburg, PA 17101 | McNees, Wallace & Nurick, LLC 717-232-8000 | Legal services | | | | $355,072.12 |
| 9 | Watson Packer, LLC d/b/a Chief Services 600 N. Big Spring Street Midland, TX 79701 | Watson Packer, LLC 432-235-1883 | Services | Contingent Unliquidated Disputed | | | $270,186.29 |
| 10 | FirstFire Global Opportunities Fund, LLC C/O Nicolas F. Coscia, Esq. PO Box 789 Cardiff-by-the-Sea, CA | Nicolas F. Coscia, Esq. 619-993-3361 Nick@cosciaSEC.com | Note | | | | $261,657.53 |
| 11 | Beard Equipment Co., Inc. C/O The Law Office of Alan A. Aaron 410 West Ohio, Suite 202 Midland, TX 79701 | Alan A. Aaron 432-682-3550 | Equipment leases | | | | $228,586.00 |
| 12 | Viewpoint Securities, LLC 401 West A Street Suite 325 San Diego, CA 92101 | Seth Leyton 619-272-2810 | Banking services | | | | $228,170.92 |
| 13 | LLG Energy Services, LLC d/b/a Moonlight Energy Services C/O Davis, Gerald & Cremer, PC | Jacob M. Davidson 432-687-0011 jmdavidson@dgclaw.com | Lawsuit | Contingent Unliquidated Disputed | | | $203,756.88 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor    **STW Resources Holding Corp.**                                    Case number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Power Up Lending Group, Ltd. C/O Richard S. Naidich, Esq. Naidich Wurman, LLP 111 Great Neck Road, | Richard S. Naidich, Esq. 516-498-2900 | Judgment lien | | | | $193,349.96 |
| 15 | Miranda CFO Services, Inc. 600 West Broadway, Suite 700 San Diego, CA 92101 | Miranda CFO Services, Inc. 619-632-4762 | Services | | | | $189,194.67 |
| 16 | Oilprice.com C/O Jeffrey T. Hall 1700 Pacific Avenue, Suite 4750 Dallas, TX 75201 | Jeffrey T. Hall 214-635-1839 jthallesq@gmail.com | Services | Contingent Unliquidated Disputed | | | $150,000.00 |
| 17 | MDM Worldwide Solutions, Inc. 264 W 40th Street #602 New York, NY 10018 | MDM Worldwide Solutions, Inc. 212-643-0417 | Services | | | | $120,000.00 |
| 18 | Marcum, LLP 750 3rd Avenue, 11th Floor New York, NY 10017 | Marcum, LLP 855-626-2861 | Services | | | | $111,157.27 |
| 19 | Express 4X4 Truck Rental C/O Morris & Adelman, PC PO Box 2235 Bala Cynwyd, PA 19004- | James W. Adelman 215-568-5621 mail@morrisadelman.com | Truck rental | | | | $89,890.51 |
| 20 | Seaboard International, Inc. d/b/a Weir Seaboard C/O Ben L. Aderholt 9 Greenway Plaza, Suite 1100 | Ben L. Aderholt 713-651-0111 | Unsecured | Contingent Unliquidated Disputed | | | $80,685.01 |