**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **STW Resources Holding Corp.**                     CASE NO   **16-33121-bjh-11**

                                                           CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/2/2016                                    Signature  _/s/ Alan Murphy_
                                                            *Alan Murphy*
                                                            *Chief Executive Officer*


Date _____          Signature _____

Eric Blue
2009 County Road C3201
Stanton, TX 79782-5012


Accountemps
2000 E. Lamar Blvd.
Suite 260
Arlington, TX 76006


Acerco SA (Antoine De Sejournet)
56 dreve d'Argenteuil
Waterloo B-1410
Belgium


Adam Kasower
25170 Bridger Rd

Hidden Hills, CA 91302


Alan R. Murphy
7433 Billo Drive
San Angelo, TX 76901


Anderson Construction
10716 TX-191
Midland, TX 79707


Anson Investments Master Fund #2
200 Seaport Blvd, #Z2h
Boston, MA 02210


Arch Capital Funding, LLC
160 Pearl Street, Suite 5
New York, NY 10005


AT&T
208 S. Akard Street
Dallas, TX 75202

AT&T Mobility
1025 Lenox Park Blvd.
Atlanta, GA 30319


Attorney General of Texas
Taxation Division-Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711


Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Baier Foundation
6 East 87th Street
New York, NY 10187


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Beard Equipment Co., Inc.
C/O The Law Office of Alan A. Aaron
410 West Ohio, Suite 202
Midland, TX 79701


Bill G. Carter
3424 S County Road 1192
Midland, TX 79706


Black Pearl Energy
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75201


Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Bob J. Johnson & Associates, Inc.
C/O Williams Law Firm, PC
1209 West Texas Avenue
Midland, TX 79701


Bob J. Johnson & Associates, Inc.
C/O Graves Dougherty Hearon & Moody
401 Congress Ave., Suite 2200
Austin, TX 78701


Broadridge
1100 North 28th Street
Coppell, TX 75261


Brockett & McNeel, LLP
24 Smith Road, Suite 400
PO Box 1841
Midland, TX 79705


Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410


Business Wire, Inc.
101 California Street, 20th Floor
San Francisco, CA 94111


Capflow Funding Group Managers, LLC
201 Route 17 North
Suite 805
Rutherford, NJ 07070


Carolyn Pearson
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702


Case Drilling and Pump Service, LLC
C/O Eric Blue
2009 County Road C3201
Stanton, TX 79782-5012

Case Drilling and Pump Services, LLC
2100 W. Wadley Ave., Suite 4
Midland, TX 79705


Casey B. Hutto
2009 County Road C3201
Stanton, TX 79782


Charles Nethersole
4376 N. Michigan Avenue
Miami Beach, FL 33140


City of Midland
300 N. Loraine
Midland, TX 79701


Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708


Cortex Business Solutions
3404 25th Street NE
Calgary, AB CAN


Cortex Business Solutions
C/O Ruth A Daniels
1601 Elm Street
Suite 4600
Dallas, TX 75201

CP Four Group, Ltd.
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702


CP4 Group
C/O Carolyn Pearson
PO Box 3467
San Angelo, TX 76902

Crown Financial, LLC
P.O. Box 219330
Houston, TX 77218


CSA Materials, Inc.
C/O Jon Mark Hogg
Jackson Walker, LLP
301 West Beauregard Avenue, Suite 200
San Angelo, TX 76903

Culligan Water of West Texas
10018 W. Interstate 20
Midland, TX 79706


D Grant Seaboldt Jr.
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206


D Grant Seabolt Jr.
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206


Dale Dorn
4040 Broadway #603
San Antonio, TX 78209


Dallas County Tax Assessor/Collector
C/O Linebarger, Goggan, Blair, et al
2777 N. Stemmons Frwy., Suite 1000
Dallas, TX 75207


David Brewster
4890 Riverbend Road
Boulder, CO 80301


David Brewster
4890 Riverbend Road

Boulder, CO 80301

David Niebergall
5739 Calpine Dr.
Malibu, CA  90265


Dennis Erickson
1745 E. Saltsage Dr
 Phoenix, AZ  85048


Dufrane Nuclear Shielding, Inc.
C/O Darrell W. Corzine
4840 E. University Blvd.
Odessa, TX 79762


East J4 LP
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702


Emery Partners
196 Old Pointe Ave

Madison, ME 04950


Empire Stock Transfer, Inc.
1859 Whitney Mesa Dr.
Henderson, NV 89014


Energy Transfer
C/O Keegan Pieper, Assoc. Gen. Counsel
1300 Main Street
Mail Stop 20.035C
Houston, TX 77002

Enterprise FM Trust
600 Corporate Park Dr.
St. Louis, MO 63105


Executive Leasing, Inc.
501 E 2nd
Odessa, TX 79761-5433

Express 4X4 Truck Rental
C/O Morris & Adelman, PC
PO Box 2235
Bala Cynwyd, PA 19004-6235


FedEx
7900 Legacy Drive
Plano, TX 75024


First Fire Global Opportunities Fund
C/O FireRock Capital, Inc.
1040 1st Ave., Suite 190
New York, NY 10022


FirstFire Global Opportunities Fund, LLC
C/O Nicolas F. Coscia, Esq.
PO Box 789
Cardiff-by-the-Sea, CA 92007


Fisch Tank
32 Broadway, Suite 1701
New York, NY 10004


Fisher Lease Services
200 Garden City Highway
Big Lake, TX 76932


Fleming PLLC
30 Wall Street
8th Floor
New York, NY 10005


Frederick Lutz
1705 Mahan Dr.
Tallahassee, FL 32308


GAN
4884 Brewster Drive
Tarzana, CA 91356

Gan Trust
4884 Brewster Drive
Tarzana, CA 91356


GE Ionics, Inc.
Po Box 2216
Schnenectady, NY 12301-2216


Gene Brock
619 W. Texas Avenue
Suite 126
Midland, TX 79701


General Electric
1055 Washington Blvd.
Stamford, CT 06901


Geraldine Fiske
29500 Heathercliff Road #269
E. Malibu, CA 90265


Global Personnel, Inc.
3300 N. A Street
Midland, TX 79705


Golden Fire & Safety
1171 E. 42nd Street
Odessa, TX 79762


Grant Seabolt
2828 Routh St., Suite 700

Dallas, TX 75201


Guardian
3131 E. Camelback Road
Phoenix, AZ 85016

H20 Investments LP
C/O William J. Moore
Andrews Kurth, LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Harrell, Pailet & Associates, PC
5454 La Sierra Drive, Suite 100
Dallas, TX 75231

Henry Catto
1200 17th Street
Denver, Colorado 80202

Hunter Taubman Fischer, LLC
1450 Broadway
26th Floor
New York, NY 10018

Ice Systems, Inc.
500 Ala Moana Boulevard
Suite 7-415
Honolulu, HI 96813-4920

Internal Revenue Service
1100 Commerce Street
Mail Code 5027 DAL
Dallas, TX 75242

Internal Revenue Service-ND
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

James Cerna
105 Tanager Lane
Redwood Shores, CA 94065

James Kelly
1025 NW Couch #1514
Portland, OR 97209

Janet Stinus
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702


Janet Stinus
11801 Musket Rim Street
Austin, TX 78738


JDF Capital, Inc.
96 Village Center Dr
Freehold, NJ 07728


Jeremy Jones
511 Graham Ave.
Odessa, TX 79763


John Baier
29350 Pacific Coast Hwy. #2A

Malibu, CA 90265


John Brady
22747 Brandywine Dr.
Calabasas, CA 91302


John C. Dorn
PO Box 2396

Midland, TX 79702


John F Dorn
2900 Weslayan St #430

Houston, TX 78211


Joshua C Brooks
125 Price Rd.
Winstead, CT 06098

Joshua N. Brown
3008 Thicket Bend Ct.
Fort Worth, TX 76244


Kimberly Conrad
135 Creekland Dr.

East Berlin, PA 17316


Kornfeld & Levy
2067 1st Ave.
San Diego, CA 92101


Kramer/Grahek
6900 Grasswood Ave.
Malibu, CA 90265


LG Capital Funding
1218 Union Street
Suite #2
Brooklyn, NY 11225


Lifephase, LLC
578 Washingotn Blvd #455

Marina Del Rey, CA 90262


Living Water Process & Technologies, LLC
fka STW Water Process & Technologies
3424 S County Road 1192
Midland, TX 79706


LLG Energy Services, LLC
d/b/a Moonlight Energy Services
C/O Davis, Gerald & Cremer, PC
400 W. Illinois, Suite 1400
Midland, TX 79701


Lonestar West Enterprises, LLC
C/O Monty Taylor
711 W. Hillmont Road
Odessa, TX 79764

Lyncy, Chappell & Alsup
300 N. Marienfeld
Suite 700
Midland, TX 79701


Lynette Dillen
C/O Pope, Berger, Williams & Reynolds
401 B Street, Suite 2000
San Diego, CA 92101


Manfred E. Birnbaum
3424 S County Road 1192
Midland, TX 79706


Marcum, LLP
750 3rd Avenue, 11th Floor
New York, NY 10017


Marie Baier Foundation
6 East 87th Street
New York, NY 10187


Marlene Brill
56 Pine Street

Sute 11F
New York, NY 10005

Marss McLean Bowman
615 Belknap

San Antonio, TX 78212


Marty Walter
619 W Texas Ave.

Midland, TX 79701


McAnally Wilkins, Inc.
110 W. Louisiana Avenue
Suite 150
Midland, TX 79701

McLean Bowman
615 Belknapp

San Antonio, TX 78212


McNees Wallace & Nurick, LLC
100 Pine Street #5
Harrisburg, PA 17101


MDM Worldwide Solutions, Inc.
264 W 40th Street #602
New York, NY 10018


Michael and Stacia Balog Trust
600 Montgomery Street
San Francisco, CA 94111


Michael Friedman
4 Buckingham Drive

Moraga, CA 94556


Midland County Tax Assessor
500 North Loraine Street
Midland, TX 79701


Midland I.S.D.
615 W. Missouri Ave.
Midland, TX 79701


Midland Lock & Safety, Inc.
1408 N. Big Spring
Midland, TX 79705


Milton Bienenfeld
PO Box 40
Pacific Palisades, CA 90272

Milton Bienenfeld
2471 Castle Heights Ave.
Los Angeles, CA 90034


Miranda and Associates
1595 South Mission Road
Fallbrook, CA 92028


Miranda CFO Services, Inc.
600 West Broadway, Suite 700
San Diego, CA 92101


Miranda CFO Services, Inc.
2801 W. Coast Highway
Suite 370
Newport Beach, CA 92630


MKM
28 West 44th Street, 16th Floor
New York, NY 10024


MKM Master Opportunity Fund
28 West 44th Street, 16th Floor
New York, NY 10024


Modspace
1200 Swedesford Road
Berwyn, PA 19312


Norman Myer
215 Norris Rd

Biglerville, PA 17307


Office Depot
6600 North Military Trail
Boca Raton, FL 33496

Oilprice.com
C/O Jeffrey T. Hall
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201


Outpost Communications
2002 S County Road 1276
Midland, TX 79706


Parish/Kudro
935 10th Street
Boulder, CO 80302


Paul DiFrancesco
3424 S County Road 1192
Midland, TX 79706


Perkins Coie, LLP
500 North Akard Street
Suite 3300
Dallas, TX 75201-3347


Petroleum Basin Petroleum Assoc.
700 N. Colorado Street
Midland, TX 79701


Pitney Bowes
27 Waterview Drive
Shelton, CT 06484


Pitney Bowes Global Financial Svcs., LLC
27 Waterview Drive
Shelton, CT 06484


Power Up Lending Group, Ltd.
C/O Richard S. Naidich, Esq.
Naidich Wurman, LLP
111 Great Neck Road, Suite 214
Great Neck, NY 11021

PR Newswire
350 Hudson Street, Suite 300
New York, NY 10014-4504


Public Wire
5850 TG Lee Blvd.
Suite 310
Orlando, FL 32822


Raider Oilfield Services, LLC
PO Box 53407
Midland, TX 79710


Rampart Brokerage Corporation
1983 Marcus Ave.
New Hyde Park, NY 11042


Ranchland Hills
1600 E. Wadley
Midland, TX 79705


Redwood Funding
50233 North Parkway
Calabasas, CA 91302


Reliant
PO Box 3765
Houston, TX 77253-3765


Republic Services, Inc.
4202 Sherwood
Houston, TX 77092


RH Tibaut Bowman
1250 NE Luke 410 Ste. 900
San Antonio, TX 28209

Richard Scarborough
32100 Mulholland Hwy.
Malibu, CA 90265


Robert & Sandra Neborsky
317 14th St

Del Mar, CA 92014


Robert Half Finance & Accounting
2884 Sand Hill Road
Suite 200
Menlo Park, CA 94025


Robert J. Miranda
3424 S County Road 1192
Midland,TX 79706


Robinson & Cole, LLP
1055 Washington Blvd., 10th Floor
Stamford, CT 06901


Ruth Bowman Russell
615 Belknap

San Antonio, TX 78212


Ryan Herco Flow Solutions
3010 N. San Fernando Blvd.
Burbank, CA 91504


Safety Solutions, Inc.
PO Box 81982
Austin, TX 78708-1928


Sam's Club
702 SW 8th Street
DEPT 8687 #0555
Bentonville, AR 72716-0555

Sandra Ramirez
600 W. New Jersey Avenue
Midland, TX 79701


Sanjeev Paudel
3100 Caldera Blvd. #924
Midland, TX 79705


Seaboard International, Inc.
d/b/a Weir Seaboard
C/O Ben L. Aderholt
9 Greenway Plaza, Suite 1100
Houston, TX 77046

Seaboldt Law Group
5307 E. Mockingbird Lane
5th Floor, Mockingbird Station
Dallas, TX 75206


SEC
100 F. Street, NE
Washington, DC 20549


SEC
Burnett Plaza
801 Cherry Street
Suite 1900, Unit 18
Fort Worth, TX 76102

SEC Connect
One America Plaza
600 W. Broadway #700
San Diego, CA 92101


Semper Gestion
5 rue Pedro-Neylan

Geneva, 1208, Switzerland


Sichenzia Ross Friedman Ference, LLP
61 Broadway
New York, NY 10006

Skyler Gordy
10960 Wilshire Blvd 5th Floor
Los Angeles, CA 90024


Sledge Law, PLLC
919 Congress Avenue, Suite 460
Austin, TX 78701


Smith, Robertson, Elliot & Douglas, LLP
221 West Sixth Street, Suite 1100
Austin, TX 78701


Stanley T. Weiner
1506 Storey Avenue
Midland, TX 79701


Stanley T. Weiner
1506 Storey Avenue

Midland, TX 79701


Staples
100 Pennsylvania Ave
Framingham, MA 01701


Stephen Oakley
1750 30th Street #325
Boulder, CO 80301


Steve Day
3914 SW Martins Lane
Portland, OR 97239


Steven P. Grahek
6900 Grasswood Avenue
Malibu, CA 90265

```
Stream
Attn:  Customer Operations
1950 N. Stemmons Frwy.
Suite 3000
Dallas, TX 75207

STW Capitan Reef/Ft. Stockton, LLC
5307 E. Mockingbird Lane, Floor 5
Dallas, TX 75206-5109


STW Energy Services, LLC
3424 S County Road 1192
Midland, TX 79706


STW Energy Services, LLC
PO Box 1347
Midland, TX 79702-8347


STW Oilfield Construction, LLC
3424 S County Road 1192
Midland, TX 79706


STW Pipeline Maint. & Construction, LLC
3424 South County Road
Suite 1192
Midland, TX 79706


STW Pipeline Maintenance & Const., LLC
3424 S. County Road 1192
Midland, TX 79706


STW Pipeline Maintenance & Construction
3424 South County Road, Suite 1192
Midland, TX 79706


STW Water & Process Technologies
3424 S County Road 1192
Midland, TX 79706-6388
```

```
STW Water Process & Technologies, LLC
3424 S County Road 1192
Midland, TX 79706



STW Water Process & Technologies, LLC
C/O D. Grant Seabolt, Jr.
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206

Suddenlink
2530 South Midkiff
Midland, TX 79701



Texas Comptroller of Public Accounts
Revenue Accounting DivBankruptcy Section
PO Box 13528
Austiin, TX 78711-3528


Texas State Comptroller
Capitol Station
Austin, TX 78774



Texas Workforce Commission
101 E. 15th Street
Suite 124T
Austin, TX 78778-0001


Texas Workforce Commission
TEC building Tax Dept.
101 E. 15th Street
Austin ,TX 78778


The Bosworth Company
2205 West Industrial
Midland, TX 79701



Thomas Hook
865 Georgia Ave

Burleson, TX 76028
```

Thomas Joinder
6058 W. Nectarine Street
Odessa, TX 79766

Tyler Cole Webb
3525 Seaboard Ave.
Midland, TX 79707

United Drilling, Inc.
C/O Shafer, Davis, O'Leary & Stoker
PO Drawer 1552
Odessa, TX 79760-1552
Attn: James W. Essman

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1699

Upton County Water Station CP, LLC
C/O D. Grant Seabolt, Jr.
5307 E. Mockingbird Lane, 5th Floor
Dallas, TX 75206

Vadim Serebro
Chief Litigation Officer
MCA Recovery, LLC
17 State Street, Suite 4000
New York, NY 10004

Viewpoint Securities, LLC
401 West A Street
Suite 325
San Diego, CA 92101

Vis Vires Group, Inc.
C/O Nadich Wurman, LLP
111 Great Neck Road, Suite 214
Great Neck, NY 11021

W.B. McDermott
1740 Esquimalt Ave.
Apt. 703
West Vancouver, BC
V7V 1R8 Canada

Wade Stubblefield
3731 Link View Dr.
Houston, TX  77025


Watson Packer, LLC
d/b/a Chief Services
600 N. Big Spring Street
Midland, TX 79701


West Texas Office Equipment
1403 N. Big Spring Street
Midland, TX 79701


West Unified Communications Services
C/O Patrick R. Guinan
Erickson Sederstrom, PC
10330 Regency Pkwy. Drive
Omaha, NE 68114

Whitco Supply, LLC
C/O Barry Sallinger
PO Box 2433
Lafayette, LA 70502


William I. O'Neill, III
3424 S County Road 1192
Midland, TX 79706


William T. Neary
U.S. Trustee
1100 Commerce Street
Room 9C60
Dallas, TX 75242

Worldwide Machinery, Ltd.
2200 Post Oak Blvd.
Suite 1400
Houston, TX 77056


Yellowhouse Machinery Co.
C/O Stockard, Johnston & Brown, PC
1800 S. Washington, Suite 115
Amarillo, TX 79102
Attn:  J. Daren Brown

Zach Easton
10679 East Fanfol Lane
Scottsdale, AZ 85258


Zeno Office Solutions, Inc.
5301 W. Loop 250 N.
Midland, TX 79707