**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                      CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Acerco SA (Antoine De Sejournet)<br>"56 drève d'Argenteuil<br><br>Waterloo B-1410 Belgium | Common | 41667 | |
| Adam Jennings<br>5704 Llano Ct.<br>Midland, TX 79703 | Common | 416667 | |
| Adam Kasower<br>25170 Bridger Rd.<br>Hidden Hills, CA 91302 | Common | 833334 | |
| Alan Murphy<br>7433 Billo St.<br>San Angelo, TX 76901 | Common | 500000 | |
| Albert Metcalfe<br>550 West Texas Ave.<br>Suite 640<br>Midland, TX 79701 | Common | 834 | |
| Ali<br>Rezapour<br>18557 Silverhawk Lane<br>Tarzana, CA 91356 | Common | 8333 | |
| Amanda Chavez<br>4801 Oakwood Dr. Apt. 1202<br>Odessa, TX 79761 | Common | 1500 | |
| Anthony Lavalle<br>6 Glade Lane<br>Levittown, NY 11756 | Common | 41667 | |
| Anthony V. Lavalle Jr.<br>6 Glad Lane<br>Levvittown, NY 11756 | Common | 52084 | |
| Antoine de Sejournet<br>56 dreve d'Argenteuil<br>Belgium Belgium | Common | 20834 | |
| Antoine de Sejournet de Rameignies<br>Dreve D'Argenteuil 56<br>Waterloo BE 1410 Belgium | Common | 30000 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                                 CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Antonio Rodriguez<br>5029 Hueco Tanks Rd.<br>El Paso, TX 79938 | Common | 10000 | |
| Arnulfo Bejarano<br>1213 W. 19th<br>Odessa, TX 79763 | Common | 1500 | |
| Arturo Heredia<br>2600 Santa Cruz Apt #80<br>El Paso, TX 79938 | Common | 7500 | |
| ASCAP<br>21678 Network Place<br>Chicago, IL 60673 | Common | 371 | |
| Attaboy Resources LP<br>4245 N. Central Exprwy.<br>Suite 50<br>Dallas, TX 75205 | Common | 16667 | |
| Audrey Lee Maddox<br>5512 Los Patios<br>Midland, TX 79707 | Common | 213948 | |
| Austin Elliott Seibert<br>39221 Weyburn Dr.<br>Ft. Worth, TX 76109 | Common | 834 | |
| Balentin Rincon<br>5570 Goldenrod<br>Gardendale, TX 79758 | Common | 1500 | |
| Bank Julius Baer & Co., Ltd.<br>C/O Banque Julius Baer  & CIE<br>SA7 rue Pierre Fatio<br>1253 Geneve Switzerland | Common | 12500 | |
| Barbara Mahler<br>3985 Wonderland Hill Ave.<br>#200<br>Boulder, CO 80304 | Common | 13333 | |
| Barry Wolfe, TTE, Barry Wolfe Family Tru<br>22578 Flamigo St.<br>Woodland Hills, CA 91364 | Common | 83334 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 2*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Bart Parker<br>2810 Bonham<br>Odessa, TX 79762 | Common | 10000 | |
| Becker & Poliakoff<br>125 Half Mile Rd. Ste. 103<br>Red Bank, NJ 07701 | Common | 6500 | |
| Bernard Brogan<br>5 Parklands Laurel Lodge<br>Castle Knock<br>Dublin 15 Ireland | Common | 8334 | |
| Big Bad, LLC<br>10960 Wilshire Blvd., 5U1 Floor<br>Los Angeles, CA 90024 | Common | 250000 | |
| Bill G. Carter<br>2507 Belaire Way<br>Granite Shoals, TX 78654 | Common | 1593082 | |
| Bill Hightower<br>2721 Racquet Club Drive<br>Midland, TX 79705 | Common | 5000 | |
| Black Pearl Energy, LLC<br>5307 E. Mockiingbird Lane 5th Floor<br>Dallas, TX 75201 | Common | 456704 | |
| Blake Biscoe<br>PO Box 92314<br>Austin, TX 78709 | Common | 834 | |
| Bob Dillard<br>2810 Pickwick<br>Austin, TX 78746 | Common | 141667 | |
| Branden Whitlock<br>124 Joyce Circle<br>Mabank, TX 75156 | Common | 7500 | |
| Brian J. Baxstrom, Roth IRA<br>660 Beechwood Ave.<br>Wooster, OH 44691 | Common | 23615 | |
| Bruce Gordon<br>0461 Conumdrum Creek Rd.<br>Aspen, CO 91611 | Common | 20834 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                                     CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                                          CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 3*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Bryan Whitlock 124 Joyce Circle Mabank, TX 75156 | Common | 7500 | |
| Bryant Yeager 9 Amhurst Ct. Midland, TX 79705 | Common | 1500 | |
| Calibre Consulting 2325 Dulles Corner Blvd. #500 Heerndon, VA 20171 | Common | 3334 | |
| Carl M. Rodia & Associates, Inc 13 Locust St. Trumbill, CT 06611 | Common | 41667 | |
| Carol Briggs 1545 Eden Dr. Wooster, OH 44691 | Common | 22468 | |
| Catherine Weiland 4606 Gulf Ave. Midland, TX 79707 | Common | 834 | |
| Cedric Webb 538 Westover Rd. Apt. 106 Big Springs, TX 79720 | Common | 1500 | |
| Chad Goldberg 401 W. A St., Ste., 325 San Dieago, CA 92101 | Common | 1667 | |
| Chance Murphy 218 Sugarloaf Ave. Abilene, TX 79602 | Common | 150000 | |
| Charles Nethersole 4376 N. Micigan Ave. Miami Beach,FL 33140D | Common | 479168 | |
| Charlie O'Shaughnessy 10 Lilladoon Park Calbridge Kildare Ireland | Common | 1667 | |
| Christi L Craddick 2508 B. Quarry Road Austin, TX 78703 | Common | 4167 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                          CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                       CASE NO   **16-33121-bjh-11**


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 4*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Christopher B Corley Trustee Triple C Trust<br>702 Rivera Ct.<br>Midland, TX 79705 | Common | 10000 | |
| Christopher B. Corley<br>PO Box 2042<br>Midland, TX 79702 | Common | 834 | |
| Christopher Espinoza<br>6009 E. County Rd. 84<br>Midland, TX 79706 | Common | 16667 | |
| Christopher Espinoza<br>6009 ECR 84<br>Midland, TX 79706 | Common | 10000 | |
| Chuck Rosebrough<br>PO Box 804<br>Graham, TX 76450 | Common | 3334 | |
| Claire Allison Brunner<br>2201<br>Country Club Dr.<br>Midland, TX 79701 | Common | 1667 | |
| Clay Stone<br>3321 Neely Avenue Q-2<br>Midland, TX 79707 | Common | 834 | |
| Clayton Dorn Chisum<br>PO Box 100<br>High Rolls, NM 88325 | Common | 16667 | |
| Clepsydra, LLC<br>10990 SW 59th Terrace<br>Miami, FL 33173 | Common | 333333 | |
| Clinton John Woodson<br>5107 Del Monte Dr.<br>Apt. 13<br>Houston, TX 77056 | Common | 834 | |
| Clytie Lane<br>29555 Rainsford Pl<br>Malibu, CA 90265 | Common | 20834 | |
| Corporate Communications Network, Inc<br>8950 E. Raintree Dr. | Common | 15002 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                              CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                    CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 5*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Suite 100 Scottsdale, AZ 85260 | | | |
| Craig Allmendinger 57 Dyer Ave. Canton, CT 06019 | Common | 16667 | |
| D. Grant Seabolt 5307 E. Mockingbird Lane 5th Floor, Mockingbird Station Dallas, TX 75206 | Common | 158218 | |
| D. Grant Seabolt, Jr. 5307 E. Mockingbird Lane 5th Fl. Mockingbird Station Dallas, TX 75206 | Common | 741027 | |
| Dale Dorn 4040 Broadway #603 San Antonio, TX 78209 | Common | 4167 | |
| Dale F. Dorn 4040 Broadway #603 San Antonio, TX 78209 | Common | 650204 | |
| Dalton Cobb 5704 El Campo Ave. Ft. Worth, TX 76107 | Common | 5000 | |
| Dan Gatewood 5707 Highland Blvd. Midland, TX 79707 | Common | 8334 | |
| Daniel Balk PO Box 919 Bridgehampton, NY 11932 | Common | 20800 | |
| Daniel Bienenfeld 1511 Bainum Dr. Topanga, CA 90290 | Common | 16667 | |
| Daniel Bienenfeld & Anne Stifter Bienenf JTROS PO Box 619 Pacific Palasades, CA 90272 | Common | 20834 | |
| Danny J. & Marie M. Winn, JTROS 15002 Dove Creek Rd. San Diego, CA 92127 | Common | 6667 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                      CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                         CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 6*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Danny S. Davis<br>5005 Riverway #440<br>Houston, TX 77056 | Common | 834 | |
| Darrel Byrer<br>150 Alum Creek Rd.<br>Smithville, TX 78959 | Common | 150000 | |
| David Balk<br>PO Box 919<br>Bridgehampton, NY 11932 | Common | 20800 | |
| David Brewster<br>4890 Riverbend Rd.<br>Boulder, CO 80301 | Common | 24777 | |
| David Brewster & Associates, Inc<br>4890 Riverbend Rd.<br>Boulder, CO 80301 | Common | 75770 | |
| David Clark Gaines<br>11406 Eveningstar Dr.<br>Austin, TX 78739 | Common | 1667 | |
| David Fietz<br>2000 Neely<br>Midland, TX 79705 | Common | 3334 | |
| David J. Whitley<br>1598 NE 104th St.<br>Miami Shores, FL 33138 | Common | 66668 | |
| David Pachter<br>31 Mercer Place<br>Apt. 2A<br>New York, NY 10013 | Common | 1667 | |
| David W. Watson<br>206 A Mitchell<br>Midland, TX 79701 | Common | 10000 | |
| Debbie J. Robertson<br>506 Brownwood<br>Midland, TX 79703 | Common | 834 | |
| Derek Putlak<br>921 East 49th St.<br>Austin, TX 78751 | Common | 6667 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                         CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 7*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Don Davidson<br>30 Oakwell Farms Pkwy.<br>San Antonio, TX 78218 | Common | 3334 | |
| Don Millen<br>1310 S. Tyron St., Ste 109<br>Charlotte, NC 28203 | Common | 833 | |
| Doug Adams<br>9608 W. CR 160<br>Midland, TX 79707 | Common | 33334 | |
| Douglas W. Ferguson<br>PO Box 432<br>Midland, TX 79702 | Common | 834 | |
| Edurado Baca<br>15229 S. Cusdid<br>Odessa, TX 79766 | Common | 1500 | |
| ELRO Corporation<br>244 Madison Ave.<br>Suite 357<br>New York, NY 10170 | Common | 3849 | |
| Emery Partners, LLC<br>196 Old Pointe Ave.<br>Madison, ME 04950 | Common | 58334 | |
| Emilio Morales<br>524 Lindberg<br>Odessa, TX 79761 | Common | 1500 | |
| Enteles<br>3985 Wonderland Hill Ave.<br>Ste. 200<br>Boulder, CO 80304 | Common | 16667 | |
| Eric Kaposta<br>2311 Crooked Lane<br>Southlake, TX 76092 | Common | 3334 | |
| Ernest Pellegino<br>328 Newman Springs Rd.<br>Red Bank, NJ 07701 | Common | 65779 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER  **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO  **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 8*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Even Berger 18851 NE 29th Ave., Fl 7 Aventura, FL 33180 | Common | 3334 | |
| Fair Oaks Holding, LLC 544 E. Liberty St. Wooster, OH 44691 | Common | 63848 | |
| FAST-CEDE & CO 55 Water Street New York, NY 10006 | Common | 16415292 | |
| Faustino Lopez 912 E. 25th Odessa, TX 79761 | Common | 1500 | |
| Felipe Silva 1004 S. Marshall Midland, TX 79701 | Common | 1500 | |
| FireRock Global Opportunities Fund LP 1040 1st Ave., Ste. 190 New York, NY 10022 | Common | 137740 | |
| FirstFire Global Opportunities Fund LLC FireRock Capital Inc 1040 1st Ave., Ste. 190 New York, NY 10022 | Common | 125000 | |
| Flammino Family Trust UDT 2/28/89 1601 E. Olympic Blvd. #405 Los Angeles, CA 90021 | Common | 52084 | |
| Francisco Rojas 1000 Pueblo St. Apt. 64 Odessa, TX 79761 | Common | 7500 | |
| Fredrick Giovanelli 156 Sussex Dr. Manhasset, NY 11030 | Common | 16667 | |
| Garden State Securities, Inc 328 Newman Springs Rd. Red Bank, NJ 07701 | Common | 41184 | |
| Gene A. Dodge 6142 Sugar Hill Houston, TX 77071 | Common | 834 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                     CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 9*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Gene Brock<br>619 W. Texas Ave.<br>Suite 126<br>Midland, TX 79701 | Common | 351542 | |
| George B. Kaufman<br>80 N. Moore #21E<br>New York, NY 10013 | Common | 1250 | |
| Gerald Walsh<br>11 Grove Lawn<br>Malahide, CA 90265<br>Ireland | Common | 4167 | |
| Geraldine Fiske<br>29500 Heathercliff Rd.<br>#269#21E<br>Malibu, CA 90265 | Common | 27146 | |
| Geraldyn Fox<br>1910 N. Stockton Ave.<br>Odessa, TX 79763 | Common | 1500 | |
| Gerardo Sierra<br>7611 W. 10th St.<br>Odessa, TX 79763 | Common | 1500 | |
| Gilbert Raker<br>62 Moreland Rd.<br>Greewich, CT 06831 | Common | 4167 | |
| Gilberto Sierra<br>7611 W. 10th St.<br>Odessa, TX 79763 | Common | 1500 | |
| Gordon & Karin Sass<br>N3314 Monroe-Sylvester Rd.<br>Monroe ,WI 53566 | Common | 11617 | |
| Gordon L. Sass Roth IRA<br>N3314 Monroe-Sylvester Rd<br>Monroe, WI 53566 | Common | 47164 | |
| Grant Seabolt<br>2828 Routh St.<br>Suite 700<br>Dallas, TX 75201 | Common | 31250 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                              CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 10*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Green Life, Inc<br>3011 Yamato Rd., Ste A-17<br>Boca Raton, FL 33431 | Common | 100000 | |
| Greenburg Capital, LLC<br>1000 Woodbury Rd., Ste. 207<br>Woodbury, NY 11797 | Common | 8334 | |
| Guenter Metsch<br>320 Seaview Ct. #1605<br>Marco Island, FL 34145 | Common | 8334 | |
| Gusrae Kaplan Nusbaum PLLC<br>120 Wall Street<br>New York, NY 10005 | Common | 4167 | |
| GVP.DSJ Inc<br>2828 Routh St.<br>Suite 700<br>Dallas, TX 75201 | Common | 762 | |
| H. Reid Wagstaff Roth IRA<br>4400 N. Scottsdale Rd. #9-912<br>Scotsdale, AZ 85251 | Common | 12846 | |
| H. Robert Rowley Jr.<br>JTWROS/Andrea L. Rowley<br>2101 Chepstow Rd.<br>Suite 23M<br>Schenectady, NY 12303 | Common | 12500 | |
| Hall Brockett<br>PO BOx 1841<br>Midland, TX 79702 | Common | 1667 | |
| Hartley Moore Accountancy Corp.<br>4685 MacArtur Ct., Ste. 370<br>Newport Beach, CA 79701 | Common | 16667 | |
| Harvey Lopez<br>9103 W. Riggs<br>Odessa, TX 79764 | Common | 1500 | |
| Hayden Consulting<br>3120 W. Carefree Hwy. #1-233<br>Phoenix, AZ 85086 | Common | 6667 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 11*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Heather Obeda Roth IRA 2576 Hartun Dr. Brighton, MI 48114 | Common | 4268 | |
| HEC Investments, LLC 250 Steele St., Suite 375 Denver, CO 80206 | Common | 54167 | |
| Hilario Garcia PO Box 1068 Monahans, TX 79756 | Common | 1500 | |
| Horizon Capital Fund LP 201 4th Ave. North Ste. 1950 Nashville, TN 37219 | Common | 15002 | |
| Howard Gan 4884 Brewster Dr. Tarzana, CA 91357 | Common | 70417 | |
| Howard J. Gan and Robyn Miller JTROS 4884 Brewster Dr. Tarzana, CA 91356 | Common | 156251 | |
| Hunter Hill 2430 Victory Park $1902 Dallas, TX 75219 | Common | 47917 | |
| Ira J. Gaines 1819 E. Morten Ave. Ste. 180 Phoenix, AZ 85020 | Common | 542818 | |
| Irwin Zalcberg 52118 Lake Park Dr. Grand Beach, MI 49117 | Common | 8334 | |
| J. Mark Kennedy 1144 Salt Creek Drive Ponte Vedra, FL 32082 | Common | 16667 | |
| Jacob Wonsover 4711 Dempster Skokie, IL 60076 | Common | 1667 | |
| Jacqueline Orr 4 Sprucefield Ct. Hope, PA 18938 | Common | 1667 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                              CHAPTER   11

**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 12*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| James C. Slate and Jessica Logreira JTRO<br>707 Sierra Vista Dr.<br>Truth or Consequences, NM 87901 | Common | 20834 | |
| James Cerna<br>105 Tanager Lane<br>Redwood Shores, CA 94065 | Common | 4792 | |
| James J. Cerna Jr. TTEE<br>105 Tanager Lane<br>Redwood Shores, CA 94065 | Common | 25000 | |
| James J. Kellu & Whitney A. Greaves JTROS<br>221 4th Pl<br>Manhattan Beach, CA 90266 | Common | 1667 | |
| James Kelly<br>1025 NW Couch #1514<br>Portland, OR 97209 | Common | 9938 | |
| James Lee<br>10002 ECR 95<br>Midland, TX 79706 | Common | 1500 | |
| James N. Letsos III<br>PO Box 3692<br>Houston, TX 77236 | Common | 3334 | |
| James Nicholls<br>333 W 56th St. #9C<br>New York, NY 10001 | Common | 20834 | |
| James Pappalardo<br>328 Newman Springs Rd.<br>Red Bank, NJ 07701 | Common | 11000 | |
| James S. & Susan Baker JTROS<br>5351 Owl Alley Lane<br>Keswick, VA 22947 | Common | 8334 | |
| James Tracy<br>7026 Old Katy Rd.<br>Suite 303<br>Houston, TX 77024 | Common | 1667 | |
| James Williams<br>14925 Manzanita St.<br>Gardenale, TX 79758 | Common | 1500 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:  CHAPTER **11**

**STW Resources Holding Corp.**

DEBTOR(S)  CASE NO **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 13*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Janet W. Guerrant<br>8731 Cresent Gate Lane<br>Houston, TX 77024 | Common | 1667 | |
| Janice T. Baxstrom Roth IRA<br>660 Beechwood Ave.<br>Wooster, OH 44691 | Common | 2548 | |
| Jason Bradley Long<br>12726 Barryknoll Lane<br>Houston, TX 77024 | Common | 1667 | |
| JDF Capital, Inc<br>96 Village Center Dr.<br>Freehold, NJ 07728 | Common | 1390000 | |
| Jeff Hook<br>3630 B Walnut St.<br>Lafayette, CA 94549 | Common | 11042 | |
| Jeff Massey<br>PO Box 225<br>Sulfur Springs, TX 75483 | Common | 16667 | |
| Jeff Nicholds<br>4408 Overton Terrace<br>Ft. Worth, TX 76109 | Common | 5000 | |
| Jeff O'Brien<br>2313 Neely Ave.<br>Midland, TX 79705 | Common | 1667 | |
| Jeffrey S. Hook<br>3630 B Walnut St<br>Lafayette, CA 94549 | Common | 82686 | |
| Jeffrey Schnapper<br>2 Fieldcrest Dr.<br>New City, NY10956 | Common | 4167 | |
| Jennifer Sue Fulkerson<br>5134 West Belfort<br>Houston, TX 77035 | Common | 1667 | |
| Jeremy Jones<br>511 Graham Ave.<br>Odessa, TX 79763 | Common | 5000 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                        CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 14*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Jesse Bienenfeld 1601 Venice Blvd., Apt 106 Los Angeles, CA 90291 | Common | 5000 | |
| Jesus Ramirez 1501 Murphy Apt. 9 El Paso, TX 79902 | Common | 1500 | |
| Jesus Soltero PO Box 11135 Midland, TX 79702 | Common | 1500 | |
| Jim Kelly 1025 MW Couch #1514 Portland, OR 97209 | Common | 5000 | |
| Joel Bienenfeld 2417 Castle Heights Dr. Los Angeles, CA 90034 | Common | 20385 | |
| John C. Dorn PO Box 2396 Midland, TX 79702 | Common | 31906 | |
| John F. Baier 29350 Pacific Coast Hwy. #2A Malibu, CA 90265 | Common | 233071 | |
| John F. Dorn 2900 Weslayan St #430 Houston, TX 78211 | Common | 4167 | |
| John Fanning PO Box 675384 Rancho Sante Fe, CA 92067 | Common | 33334 | |
| John Giacoia 24 Dean Dr. Pembroke, MA 02359 | Common | 75000 | |
| John Gillett 321 E. Lake Shore Dr. Tower Lakes, IL 60010 | Common | 10597 | |
| John Krawczyk 515 Latigo canyon Rd. Mailbu, CA 90265 | Common | 104167 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                             CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                     CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 15*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| John M & Lynnette S Dillentees U/A DTD 9/26/2008 of the Dillen Family Trust PO Box 675384 Rancho Santa Fe, CA 92067 | Common | 308865 | |
| John Marsala 215 E. 68th St. New York, NY 10021 | Common | 3334 | |
| John McDermott 401 W. A St., Ste. 325 San Diego, CA 92101 | Common | 120834 | |
| John O'Shea 100 Wall Street New York, NY 10005 | Common | 8334 | |
| John Rueter 2794 Rita Ct. Bellmore, NY 11710 | Common | 1667 | |
| John Scherer PO Box 11404 Midland, TX 79702 | Common | 834 | |
| Jordan D. Birnbaum, 54 Forge Rd. Sharon, MA 02067 | Common | 30834 | |
| Jose Angel Mora-Martinez 12055 W. Claire St. Odessa, TX 79764 | Common | 1500 | |
| Jose Lopez 912 E. 25th Odessa, TX 79761 | Common | 1500 | |
| Jose Salazar 419 E. Oak Midland, TX 79705 | Common | 1500 | |
| Joseph I. O'Neill, III 410 West Ohio Midland, TX 79701 | Common | 1435915 | |
| Joseph Sponzo 47 West 68 St. #5F New York, NY 10023 | Common | 21000 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                        CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 16*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Joshua Brooks<br>125 Price Rd.<br>Winsted, CT 06098 | Common | 250000 | |
| Joshua Brown<br>3610 Monclave Dr.<br>Mldland, TX 79703 | Common | 75000 | |
| JSM Music, Inc.<br>59 West 19th St.<br>New York, NY 10011 | Common | 159 | |
| Juan Natividad<br>1201 W. Wwashington Ave.<br>Midland, TX 79701 | Common | 1500 | |
| Juventino Muniz<br>221 N. Spruce<br>Kermit, TX 79745 | Common | 1500 | |
| Katherine Sneed Brunner<br>2201 Country Club Dr.<br>Midland, TX 79701 | Common | 1667 | |
| Keenan Stringer<br>901 Nolan Ryan Dr.<br>Midland, TX 79706 | Common | 10000 | |
| Keith Campbell<br>821 Crater Camp Dr.<br>Calabasa, CA 91302 | Common | 12500 | |
| Ken Williams<br>1852 Post Oak Park Dr.<br>Houston, TX 77027 | Common | 16667 | |
| Kendall Williams<br>4216 Greenbriar Rd.<br>Midland, TX 79707 | Common | 183334 | |
| Kenneth Ray<br>10100 South Gessner #702<br>Houston, TX 77071 | Common | 5000 | |
| Kenneth Vallone<br>3121 Buffalo Speedway #8204<br>Houston, TX 77098 | Common | 3334 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                          CHAPTER  **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                       CASE NO  **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 17*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Kevin Marshall Rockecharlie<br>5114 Feagan St.<br>Houston, TX 77007 | Common | 834 | |
| KGS, LLP<br>125 Jericho Turnpike<br>Suite 300<br>Jericho, NY 11753 | Common | 415 | |
| KI Learning Systems, Inc<br>432 Knollwood Dr.<br>Newbury Park, CA 91320 | Common | 16667 | |
| Kimber Carter<br>4309 Harvard<br>Midland, TX 79703 | Common | 10000 | |
| Kimberly Conrad<br>135 Creekland Dr.<br>East berlin, PA 17316 | Common | 2500 | |
| Kirk Branum<br>1600 W. Tennessee Ave.<br>Midland, TX 79701 | Common | 3334 | |
| Larry Crosson<br>3895 E. Cottonwood Rd.<br>Gardendale, TX 79758 | Common | 12500 | |
| Larry Eubank<br>6013 C Burgoyne<br>Houston, TX 77057 | Common | 1667 | |
| Larry G. Phillips<br>PO Box 2197<br>Midland, TX 79702 | Common | 834 | |
| Lazaro Tejada<br>931 Honeysuckle<br>Odessa, TX 79761 | Common | 1500 | |
| Leigh Williams<br>5422 Lincrest Lane<br>Houston, TX  77056 | Common | 3334 | |
| Lena Tellez<br>2600 W Loop 250 N Apt. 509<br>Midland, TX 79705 | Common | 2000 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 18*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Les Schultz<br>1520 First St. K-311<br>Coronado, CA 92218 | Common | 7500 | |
| Levine Family Rev Trust 11/30/93<br>3954 Los Arabis Drive<br>Lafayette, CA 94549 | Common | 70740 | |
| Lezlie Frazer<br>3605 Wedgewood St.<br>Midland, TX 79707 | Common | 834 | |
| LG Capital Funding, LLC<br>1218 Union Street<br>Suite 2<br>Brooklyn, NY 11225 | Common | 225000 | |
| Lifephase Inc Retirement Plan One<br>578 Washington Blvd #455<br>Marina Del Rey, CA 90262 | Common | 33334 | |
| Lindsey L. Ramirez<br>2001 Huntington<br>Midland, TX 79705 | Common | 2000 | |
| LogicomUSA<br>56 Pine St.<br>Suite 11F<br>New York, NY 10005 | Common | 193 | |
| Lorenzo Reyes<br>503 W. 2nd St.<br>Stanton, TX 79782 | Common | 1500 | |
| Louis M. Steren<br>21320 Ave. San Luis<br>Woodland Hills, CA 91364 | Common | 8334 | |
| Louis N Zerbo<br>271 Route 46 W<br>Ste. D209<br>Fairfield, NJ 07004 | Common | 93752 | |
| Ludlow Capital, Inc<br>256 Seaman Ave., Suite 5A<br>New York, NY 10034 | Common | 50000 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                     CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 19*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Luis Lujan 448 E. Ivory Odessa, TX 79766 | Common | 1500 | |
| Lyman O. Heidtke IRAFCC As custodian 2801 Market St. Louis, MO 63103 | Common | 4167 | |
| Macallan Partners LLC 245 main St., Ste. 390 White Plains, NY 10601 | Common | 320000 | |
| Madison Stock Transfer, Inc. PO Box 14590 Suite 601 Brooklyn, NY 11229 | Common | 47 | |
| Maid of New York 118 East 28th New York, NY 10016 | Common | 815 | |
| Manfred Birnbaum & Charlotte Birnbaum JTWROS 32 Lynam Rd. Stamford, CT 06903 | Common | 73750 | |
| Manfred E. Birnbaum 32 Lynam Rd. Stamford, CT 06903 | Common | 828830 | |
| Marcia Levine 27 Sands Court Port Washington, NY 11050 | Common | 6563 | |
| Marcus Muller 93 North Maini At. Cranbury, NJ 08512 | Common | 4167 | |
| Mariel Kamp or Maria Eleena Pena 28 Garner Drive Novato, CA 94947 | Common | 8333 | |
| Marion Briggs 538 Westover Rd., Apt #223 Big Springs, TX 79720 | Common | 1500 | |
| Mark McLean Bowman 615 Belknap San Antonio, TX 78212 | Common | 66667 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                        CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 20*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Marlene Brill 56 Pine Street Suite 11F New York, NY 10005 | Common | 15002 | |
| Marrs McLean Bowman 615 Belknap San Antonio, TX 78212 | Common | 105802 | |
| Marshall Douglas Murphy 2000 Smith St. Houstron, TX 77002 | Common | 1667 | |
| Martin Belcourt 8325 S. Ave. C Kermit, TX 79745 | Common | 41667 | |
| MArtin Belcourt 832 S. Ave. C Kermit, TX 79745 | Common | 1500 | |
| Marty Walter 619 W. Texas Ave. Suite 126 Midland, TX 79701 | Common | 209105 | |
| Mary Elizabeth Nichols 4408 Overton Terrace Ft. Worth, TX 76109 | Common | 834 | |
| Matthew Balk PO Box 919 Bridgehampton, NY 11932 | Common | 20800 | |
| Mauro Medina 4518 Comanche Dr. Midland, TX 79703 | Common | 1500 | |
| McDerMedia Inc 3952 D. Clairemont Mesa Blvd #198 San Diego, CA 92117 | Common | 200000 | |
| Mclean Bowman 615 Belnapp San Antoni, TX 78212 | Common | 8334 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 21*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Mechanical Colling, Inc. 531 W. 49th St. New York, NY 10019 | Common | 443 | |
| Melanie Saiz 1606 McClintic Midland, TX 79701 | Common | 20000 | |
| Merle J. Huerta 23 Landau Ln Spring Valley, NY 10977 | Common | 30834 | |
| Michael & Stacia Balog Trust Rod PahatiBTIG 600 Montgomery St. San Francisco, CA 94111 | Common | 49843 | |
| Michael & Stacy Balog Trust UAD12/8/2005 Rod Pahati BTIG 600 Montgomery St. San Francisco, CA 94111 | Common | 29167 | |
| Michael Friedman 4 Buckingham Dr. Morage, CA 94556 | Common | 4584 | |
| Michael G. Balog and Stacy L. Balog TTEES Rod PAHATIBTG 600 Montgomery St. San Franciso, CA 94111 | Common | 4792 | |
| Michael G. Reddin 11831 Ellice St. Malibu, CA 90265 | Common | 5000 | |
| Michael J. MCAdams 3849 North Upland St. Arlington, VA 22207 | Common | 4270 | |
| Michael S. Cianciola 4223 Marina St. Houston, TX 77007 | Common | 834 | |
| Miguel Jimenez-Chavez 509 S. Mineola Midland, TX 79701 | Common | 1500 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                       CASE NO   **16-33121-bjh-11**


# LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 22*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Milton Bienenfeld<br>2471 Castle Heights Ave.<br>Los Angeles, CA 90034 | Common | 700000 | |
| Miranda CFO Services, Inc<br>1595 S. Misson Rd.<br>Fallbrook, CA 92028 | Common | 200000 | |
| MIRUS OPPORTUNISTIC FUND<br>619 West Texas Ave.<br>Midland, TX 79701 | Common | 8334 | |
| MKM Opportunity Master Fund, ltd.<br>Attn: David Skriloff<br>1410 Broadway, 23rd Fl.<br>New York, NY 100118 | Common | 1061928 | |
| Neil Heiman<br>4330 Mill Creek Court<br>Fort Collins, CO 80526 | Common | 5000 | |
| New Millenium Pr.com., Inc<br>6958 South Utica Ave.<br>Tulsa, OK 74136 | Common | 25000 | |
| Newton Energy<br>520 El Camino Real #423<br>San Mateo, CA 99402 | Common | 9596 | |
| NFS/FMTC IRA fbo Thomas W. Coker<br>4904 SW Quail Hollow St.<br>Palm City, FL 34990 | Common | 15625 | |
| Nicholas Rockecharlie<br>5114 Feagan St.<br>Houston, TX 77007 | Common | 3334 | |
| Norman Meyers<br>215 Norris Rd.<br>Biglerville, PA 17307 | Common | 2500 | |
| Oceanic Consulting LLC<br>Blossom Covw<br>Suite 24A<br>Redbank, NJ 10036 | Common | 6667 | |
| Oliver Beach<br>105 First St.<br>San Antonio, TX 78210 | Common | 4167 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                CHAPTER   **11**

**STW Resources Holding Corp.**

DEBTOR(S)                        CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 23*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
| --- | --- | --- | --- |
| Omar Saenz<br>3711 Cedar Spring<br>Midland, TX 79703 | Common | 1500 | |
| Oscar Jurado Torres<br>610 Apollo Rd.<br>Richardson, TX 75081 | Common | 1500 | |
| Oswaldo Saenz Jr<br>20 Bookins Ct.<br>Odessa, TX 79764 | Common | 1500 | |
| Pathfinder Worldwide Finacial Group, LLC<br>5307 E. Mockingbird Lane<br>5th Floor<br>Dallas, TX 75206 | Common | 100000 | |
| Patrick Riordan<br>5566 Little Fawn Crt<br>Westlake Village, CA 91362 | Common | 104167 | |
| Patrick Ryan Rockecharlie<br>5114 Feagan St.<br>Houston, TX 77007 | Common | 834 | |
| Paul DiFrancesco<br>17181 Camino Acampo Rancho<br>Rancho Santa Fe, CA 92067 | Common | 3447520 | |
| Paul Dunning<br>4158 Greystone Way<br>Sugarland, TX 77479 | Common | 1667 | |
| Paul Kyne<br>66 Lucan Heights<br>Lucan County, CA 92037 Dublin | Common | 3334 | |
| Pedro Guerrero<br>1501 Mundy Apt #9<br>El Paso, TX 79902 | Common | 1500 | |
| PEMSCO Trust Co., FBO John Krawczyk<br>515 Latigo Cyn Rd.<br>Malibu, CA 90265 | Common | 58334 | |
| Perfecto Trevizo<br>390 Betty Lou Dr.<br>Odessa, TX 79766 | Common | 1500 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER  **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                      CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 24*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Perry Fikes<br>4107 Irvin<br>Midland, TX 79705 | Common | 1500 | |
| Pocket Rocket<br>Brook Barn Trelleck Road<br>TintermChepstow NP 166SN England | Common | 8333 | |
| Powhatan French<br>1010 West Wall Street<br>Midland, TX 79701 | Common | 8333 | |
| R.H. Tibaut Bowman<br>1250 NE Loop 410<br>Ste. 900<br>San Antonio, TX 78209 | Common | 240006 | |
| Raghu Saripalli<br>401 W. A St., Ste. 325<br>San Diego, Ca 92101 | Common | 116667 | |
| Raman Mullick<br>2906 Meadowgrass Lane<br>Houston, TX 77082 | Common | 3334 | |
| Randy J. Boatwright<br>PO Box 17962<br>San Antonio, TX 78217 | Common | 8334 | |
| Raymond Foy<br>The FirstBallycahan<br>Kildare, TX 77082 Ireland | Common | 2084 | |
| Redwood Fund. LP<br>50233 North Parkway<br>Calabasas, CA 91302 | Common | 250000 | |
| Reid & Susan Wagstaff<br>4400 N. Scottsdale Rd. #9-912<br>Scottsdale, AZ 85251 | Common | 29547 | |
| Rene Usher<br>2545 Shenandoah Ave.<br>Charlotte, NC 28205 | Common | 3333 | |
| Richard L. Stern<br>124 W. 79th St., Ste. 2-C<br>New York, NY 10024 | Common | 33334 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                        CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 25*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Robert Beaudreault<br>4111A Purdue<br>Hosuton, TX 77005 Ireland | Common | 834 | |
| Robert Cerf<br>3605 Wedgewood<br>Midland, TX 79702 | Common | 33334 | |
| Robert D. Brunner<br>2201 Country Club Dr.<br>Midland, TX 79701 | Common | 5000 | |
| Robert Henderson Nichols<br>4408 Overton Terrace<br>Ft. Worth, TX 76109 | Common | 834 | |
| Robert J & Sandra Nebrosky Living Trust<br>317 14th St.<br>Del Mar, CA 92014 | Common | 200000 | |
| Robert J.. Cerf<br>3605 Wedgewood<br>Midland, TX 79702 | Common | 58334 | |
| Robert S. Brunner<br>2201 Countyr Club Dr.<br>Midland, TX 79701 | Common | 1667 | |
| Robert W. Palmer<br>PO BOX 11341<br>Midland, TX 79702 | Common | 834 | |
| Robert Wallace Dillard III<br>2810 Pickwick<br>Austin, TX 78759 | Common | 166667 | |
| Robert Weaver Roth IRA<br>326 E. Paradise St.<br>Orville, OH 44667 | Common | 33758 | |
| Rodolfo Guevara<br>1101 Fitch Ave. #1002<br>Odessa, TX 79761 | Common | 7500 | |
| Roger Levine<br>3954 Los Arabis Dr.<br>Lafayette, CA 94549 | Common | 75001 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                    CHAPTER   11

**STW Resources Holding Corp.**


DEBTOR(S)                                            CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 26*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Ronald Pasternak<br>325 Howard Ave.<br>Fairlawn, NJ 07410 | Common | 4167 | |
| Ronald Vaughn<br>32 Ashton Way<br>West Chester, PA 19386 | Common | 2084 | |
| Ross W. Brunner<br>2201 Country Club Dr.<br>Midland, TX 79701 | Common | 1667 | |
| RSF Advisors<br>4365 Executive Dr.<br>Ste.1500<br>San Diego, CA 92121 | Common | 91667 | |
| Ruben Aguirre<br>1306 Moran<br>Mldland, TX 79701 | Common | 1500 | |
| Ruben Berzoza<br>626 Magnolia<br>Kermit, TX 79745 | Common | 100000 | |
| Russell Clayton Lutrell<br>4811 Rustic Trail<br>Midland, TX 79707 | Common | 1667 | |
| Ruth Bowman Russell<br>615 Belknap<br>San Antonio, TX 78212 | Common | 247709 | |
| Ryan Riley<br>18517 Perdidi Bay<br>Leesburg, VA 20176 | Common | 4167 | |
| S. Andrew Corwin<br>3900 South Hualapai Way, Ste. 126<br>Las Vegas, NV 89147 | Common | 3334 | |
| Salttech, BV<br>Smidsstraat 2, 8601 WB<br>SneekSneek The Netherlands | Common | 66667 | |
| Sam Weiss<br>Attn: Gitty Mayer<br>211 Hewes St.<br>Brooklyn, NY 11211 | Common | 166667 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER   **11**

**STW Resources Holding Corp.**


DEBTOR(S)                                            CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 27*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Samantha Bo Weiner 1506 West Storey Midland, TX 79701 | Common | 83334 | |
| Sandra Ramirez 600 West New Jersey Midland, TX 79701 | Common | 2500 | |
| Sandra Sande 830 Crater oak Monte Nido, CA 91302 | Common | 16667 | |
| Sanjeev Paudel 3100 Caldera Blvd., Apt. 924 Midland, TX 79705 | Common | 52500 | |
| Saul Bejarano 1901 W. Washington Ave. Midland, TX 79701 | Common | 1500 | |
| Scott Miller 3600 N. Midland Dr. Midland, TX 79707 | Common | 28000 | |
| Semper Gestion SA 5 rue Pedro-Nelvan Geneva 1208 Switzerland | Common | 41667 | |
| Sesac, Inc 55 Music Square East Nashville, TN 37203 | Common | 1093 | |
| Sharon Dorn Gill PO Box 758 High Rolls, NM 88325 | Common | 16667 | |
| Solar Grid Capital 1420 East 22nd St. Brooklyn, NY 11210 | Common | 16667 | |
| Stan L. Williamson PO Box 11175 MIdland, TX 79701 | Common | 834 | |
| Stanley Charles Weiner 1506 West Storey Midland, TX 79701 | Common | 83334 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                              CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                           CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 28*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Stanley T. Weiner<br>1506 West Storey<br>Midland, TX 79701 | Common | 6428250 | |
| STAROBIN PARTNERS<br>1 Penn Plaza, Suite 2411<br>New York, NY 10119 | Common | 1100 | |
| Stephen Schachman<br>30 S. 17th St.<br>Philadelphia, PA 19103 | Common | 47917 | |
| Steve Obeda Roth IRA<br>2576 Hartun Dr.<br>Brighton, MI 48114 | Common | 8767 | |
| Steve Vago<br>208 E. Broadway Apt. 406<br>New York, NY 10002 | Common | 4167 | |
| Steven P. Grahek<br>6900 Grasswood Ave.<br>Malibu, CA 90265 | Common | 350000 | |
| Steven P. Grahek & Deborah L. Kramer<br>JTRO<br>6900 Grasswood Ave.<br>Malibu, CA 90265 | Common | 100000 | |
| Steven Swartz<br>10313 Mississippi Ave.<br>Los Angeles, CA 90025 | Common | 200000 | |
| Susan G. Spies, TTE Spies Revocable<br>Family Trust<br>223 Amalfi Dr.<br>Malibu, CA 90402 | Common | 5000 | |
| TCA Global Credit Master Fund<br>1404 Rodman St.<br>Hollywood, FL 33020 | Common | 16667 | |
| The Marie Baier Foundation<br>6 E. 87th St.<br>New York, NY 10128 | Common | 156924 | |
| The Milton &Florencia Bienenfeld Trust<br>PO Box 40<br>Pacific Palisades, CA 90272 | Common | 41667 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                   CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                          CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 29*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Thomas G. Amato<br>1 Greenbriar Court<br>Skillman, NJ 18558 | Common | 8334 | |
| Thomas Hook<br>865 Georgia Ave.<br>Burleson, TX 76028 | Common | 100516 | |
| Thomas R. Craddick, Jr.<br>1511 Woodlawn Blvd.<br>Austin, TX 78703 | Common | 4167 | |
| Tiburon Research Holdings, LLC<br>19800 MacArthur Blvd. #300<br>Irvine, CA 92612 | Common | 133334 | |
| Time Warner Cable<br>100 Wall Street<br>New York, NY 10007 | Common | 653 | |
| Todd Schwartz<br>360 East 55th St<br>#14A<br>New York, NY 10022 | Common | 1667 | |
| Valerie Arrindell<br>4805 Briarwood Ave., Apt. H202<br>Midland, TX 79707 | Common | 16667 | |
| Varkha Agrawal<br>9900 Broadway St., Apt 1341<br>Pearland, TX 77584 | Common | 150000 | |
| Vic Ramon<br>4024 Brynmawr<br>Dallas, TX 75225 | Common | 8334 | |
| Victor J. Raymon TTE Pain Management<br>888 Prospect St.<br>Suite 210<br>La Jolla, CA 92037 | Common | 37454 | |
| Victor Ramos<br>8420 S. Bull Run<br>Odessa, TX 79766 | Common | 1500 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                        CHAPTER   **11**
**STW Resources Holding Corp.**


DEBTOR(S)                                                CASE NO   **16-33121-bjh-11**


## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 30*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Wayne Hackett 6881 Waipouli Rd. Kapaa, HI 96746 | Common | 70001 | |
| Wayne Hackett and emmett Hutchins JTROS 6881 Waipouli Rd. Kapaa, HI 96746 | Common | 20834 | |
| Wayne T. Franke PO Box 150880 Austin, TX 78715-0880 | Common | 1667 | |
| Westpark Capital Inc 900 Avenue of The Stars Suite 310 Los Angeles, CA 90067 | Common | 234 | |
| William Carter 619 W. Texas Ave. Ste. 126 Midland, TX 79701 | Common | 104167 | |
| William Cupp 9439 Leesburg Pike Vienna, VA 22182 | Common | 1667 | |
| William Devereux Brunner 2201 Country Club Dr. Midland, TX 79701 | Common | 1667 | |
| William J. Martin 8802 Silverarrow Court Austin, TX 78759 | Common | 1667 | |
| William R. Hyde 9011 N. Bayshore Dr. Miami, FL 33138 | Common | 45834 | |
| XO Communication 14239 Collections Center Dr. Chicago,. IL 60693 | Common | 1644 | |
| Yochanan Stepen Rechov Hataysim 44/4 Jersualem 92509 Israel | Common | 2084 | |
| Zabullah Saboory 6214 Ellenview Ave. West Hills, CA 91307 | Common | 3334 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                        CHAPTER  **11**

**STW Resources Holding Corp.**

DEBTOR(S)                                          CASE NO  **16-33121-bjh-11**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 31*

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Zack Easton 10679 E. Fanfol Ln. Scottsdale, AZ 85258 | Common | 129921 | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Chief Executive Officer** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:\_\_**8/9/2016**_____          Signature:\_\_**/s/ Alan Murphy**_____
                                                                                       *Alan Murphy*
                                                                                       **Chief Executive Officer**