DeMarco-MItchell, PLLC
1255 West 15th Street, Suite 805
Plano, TX 75075
Telephone:   972-578-1400
Facsimile:   972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STW Resources Holding Corp. | § | |
| 26-1945743 | § | Case No. 16-33121-bjh-11 |
| 5307 E. Mockingbird Lane | § | |
| 5th Floor, Mockingbird Station | § | |
| Dallas, TX 75206 | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| **Debtor** | § | |

### Notice of Change in Matrix of Creditors

The attached creditor matrix is being filed to change the original matrix for the following reason:

    X           Adding Creditors

               Deleting Creditors

               Creditor Address Changes

*IMPORTANT
A separate Notice of Change in Creditor Matrix is required for each category for those cases where more than one of the above categories applies.    Please list on required matrix form, only those creditors affected by the change. **DO NOT REFILE A COMPLETE NEW MATRIX.**

The attorney for the above-named Debtor hereby verifies that the changes in the attached creditor matrix are true and correct to the best of his knowledge.

Date:   August 26, 2016                       Respectfully Submitted,

                                             /s/ Michael S. Mitchell
                                           _____
                                           Michael S. Mitchell, Texas Bar No. 00788065
                                           DeMarco-Mitchell, PLLC
                                           1255 West 15th Street, Suite 805
                                           Plano, TX 75075
                                           Telephone:   (972) 578-1400/Facsimile:   (972) 346-6791
                                           E-mail:   mike@demarcomitchell.com
                                           Attorney For Debtor

WTG Fuels, Inc.
C/O G. William Fowler, PC
3800 East 42nd Street, Suite 600
Odessa, TX 79762

Upton county water station cp, LLC
5307 E. Mockingbird Lane, 5th Floor
Dallas, TX 75206-5109

Howard J. Gan & Robyn Miller
4884 Brewster Drive
Tarzana, CA 91356

William Brian McDermott
C/O Richard Scarborough
8 Bonnie Brae Drive
Weaverville, NC 28787

Charles Nethersole
4376 N. Michigan Ave.
Miami Beach, FL 33140

Alan Murphy
7433 Billo Street
San Angelo, TX 76901

Chance Murphy
218 Sugarloaf Ave.
Abilene, TX 79602

Darrel Byrer
150 Alum Creek Rd.
Smithville, TX 78959

Varkha Agrawal
9900 Broadway St.
Apt. 1341
Pearland, TX 77584

Paul DiFrancesco
17181 Camino Acampo Rancho
Rancho Santa Fe, CA 92067

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the attached Notice of Change in Matrix of Creditors were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 26th day of August, 2016.

Respectfully Submitted,

/s/ Michael S. Mitchell

_____

Michael S. Mitchell, Texas Bar No. 00788065
DeMarco-Mitchell, PLLC
1255 West 15th Street, Suite 805
Plano, TX 75075
Telephone:   (972) 578-1400
Facsimile:   (972) 346-6791
E-mail:   mike@demarcomitchell.com
Attorney For Debtor

**DEBTOR**

STW Resources Holding Corp.
5307 E. Mockingbird Lane
5th Floor, Mockingbird Station
Dallas, TX 75206

**UNITED STATES TRUSTEE**

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

**ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE**

| | |
|---|---|
| Midland County & Midland CUD<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com | TRE & Associates, LLC<br>C/O Harrel L. Davis<br>Gordon Davis Johnson & Shane, PC<br>PO Box 1322<br>El Paso, TX 79947-1322<br>hdavis@eplawyers.com |
| Jolene M. Wise<br>Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604<br>wisej@sec.gov | Kimberly A. Walsh<br>Assistant Attorney General<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548<br>Bk-kwalsh@texasattorneygeneral.gov<br>Sherri.simpson@texasattorneygeneral.gov |