**Fill in this information to identify the case:**

Debtor name: **STW Resources Holding Corp.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **16-33121-bjh-11**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue (Check all that apply.) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2016** MM/DD/YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$558,421.00** |
| For prior year: | From **01/01/2015** MM/DD/YYYY | to | **12/31/2015** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,500.00** |
| For the year before that: | From **01/01/2014** MM/DD/YYYY | to | **12/31/2014** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,043.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **STW Resources Holding Corp.** | Case number (if known) | **16-33121-bjh-11** |
|---|---|---|---|
| | Name | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Arch Capital Funding, LLC vs. STW Resources Holding Corp. d/b/a STW Resources d/b/a STW Water d/b/a Upton County Water Station, STW Water Process & Technologies, LLC, d/b/a STW Resources d/b/a STW Water d/b/a Upton County Water Station, STW Pipeline Maintenance & Construction, LLC d/b/a STW Resources d/b/a STW Water d/b/a Upton County Water Station and Alan R. Murphy**<br>Case number<br>**54394-2016** | **Civil suit regarding unpaid debt** | **Supreme Court of the State of New Yo**<br>Name<br>**60 Centre Street**<br>Street<br><br>**New York**         **NY**    **10007**<br>City                        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | **STW Resources Holding Corp. v. Watson Parker, LLC d/b/a Chief Services, Case Drillling & Pump Service, LLC, Casey B. Hutto and Eric Blue**<br>Case number<br>**P-7454-83-CV** | **Civil suit regarding unpaid debt stemming from turnkey drilling agreement** | **112th District Court, Pecos County, TX**<br>Name<br>**P.O. Drawer C**<br>Street<br><br>**Ozona**         **TX**    **76943**<br>City                        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **STW Resources Holding Corp.**  Case number (if known) **16-33121-bjh-11**
Name

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.3. | **GE Ionics, Inc. d/b/a GE Water & Process Technologies vs. STW Resources Holding Corporation** | **Civil suit regarding unpaid debt** | **Supreme Court of the State of New Yo** (Name) **New York County Courthouse** (Street) **60 Centre Street** — **New York NY 10007** (City, State, ZIP) | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number 651832-2013** | | | |
| 7.4. | **H20 Investments LP vs. STW Capital Reef/Ft. Stockton LLC, STW Resources Holding Corp., STW Water Process & Technologies, LLC, STW Energy Services, LLC, STW Oilfield Construction, LLC, STW Pipeline Maintenance & Construction, LLC** | **Nature of case** | **215th District Court, Harris County TX** (Name) **201 Caroline Street #1330** (Street) **Houston TX 77002** (City, State, ZIP) | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number 201641077** | | | |
| 7.5. | **Lonestar West Enterprises, LLC vs. STW Resources Holding Corp.** | **Civil suit regarding unpaid debt for materials and supplies** | **141st District Court, Tarrant County TX** (Name) **Tom Vandergriff Civil Courts Building** (Street) **100 N. Calhoun Street, 3rd Floor** — **Fort Worth TX 76196** (City, State, ZIP) | ☑ Pending ☐ On appeal ☑ Concluded |
| | **Case number 141-281104-15** | | | |
| 7.6. | **LLG Energy Services, LLC, d/b/a Moonlight Energy Services vs. STW Resources Holding Corp.** | **Civil suit regarding unpaid debt stemming from turnkey drilling agreement** | **112th District Court, Pecos County TX** (Name) **P.O. Drawer C** (Street) **Ozona TX 76943** (City, State, ZIP) | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number P-11936-112-CV** | | | |
| 7.7. | **Oil Price.com vs. STW Resources Holding Corp.** | **Civil suit regarding unpaid debt for media-related services** | **County Ct. at Law # 2 Midland County,** (Name) **500 N. Loraine St.** (Street) **Suite Number 6** — **Midland TX 79701** (City, State, ZIP) | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number CC18571** | | | |

Debtor **STW Resources Holding Corp.** Case number (if known) **16-33121-bjh-11**
         Name

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.8. | Power Up Lending Group, Ltd. vs. STW Resources Holding Corp. | Civil suit regarding unpaid debt | Supreme Court of New York, Nassau C (Name)<br>100 Supreme Ct. Dr. (Street)<br><br>Mineola NY 11501 (City / State / ZIP) | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>16-001868 | | | |
| 7.9. | Seaboard International, Inc., dba Weir Seaboard vs. Case Drilling & Pump Service, LLC, et al. | Civil suit regarding unpaid debt stemming from turnkey drilling agreement | 112th District Court of Pecos County T (Name)<br>112th District Court (Street)<br>PO Drawer C<br>Ozona TX 76943 (City / State / ZIP) | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>P-11813-112-CV | | | |
| 7.10. | Sichenzia Ross Friedman Ference, LLP vs. STW Resources Holding Corp. | Civil suit regarding unpaid legal fees. | Supreme Court of the State of New Yo (Name)<br>New York County Courthouse (Street)<br>60 Centre Street<br>New York NY 10007 (City / State / ZIP) | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>155843-2013 | | | |
| 7.11. | Smith, Robertson, Elliott & Douglas, LLP vs. STW Resources Holding Corp. and STW Water Process & Technologies, LLC | Civil suit regarding unpaid legal fees. | County Ct. at Law # 2, Travis County T (Name)<br>1000 Guadalupe (Street)<br>Room 211<br>Austin TX 78701 (City / State / ZIP) | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>C-1-CV-16-001509 | | | |
| 7.12. | STW Resources Holding Corp., STW Energy Services, LLC, STW Pipeline Maintenance & Construction, LLC, STW Water & Process Technologies, LLC, and STW Oilfield Construction, LLC vs Felipe Sanchez, Hector M. Martinez Trevino, Terry Jacobs, Joshua C. Brooks, Dufrane Nuclear Shielding, Inc. and Dufrane Construction, LLC | Civil suit for breach of contract, breach of fiduciary duties, defalcation, tortious interference with business contracts and relationships, tortious interference with a purchase and sale agreement, conversion and civil conspiracy. | 238th Dist. Ct., Midland County TX (Name)<br>500 N. Loraine St. (Street)<br>Suite Number 800<br>Midland TX 79701 (City / State / ZIP) | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>CV-50,854 | | | |

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13. | **STW Resources Holding Corp. and STW Pipeline Maintenance & Construction, LLC vs Adam Gregory Jennings and Jennings Energy Services, LLC**<br>Case number<br>**CV-51926** | **Civil suit regarding breach of contract, breach of fiduciary duties, defalcation, tortious interference with business contracts and relationships, and tortious interference with a purchase and sale agreement, and conversion.** | **385th District Court, Midland County T**<br>Name<br>**500 N. Loraine St.**<br>Street<br>**Suite Number 801**<br>**Midland        TX     79701**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **United Drilling, Inc. vs Case Drilling and Pump Service, LLC and STW Resources Holding Corp.**<br>Case number<br>**P-7405-83-CV** | **Civil suit for breach of contract** | **83rd District Court, Pecos County TX**<br>Name<br>**400 S. Nelson**<br>Street<br>**Fort Stockton     TX     79735**<br>City                State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **EastJ4 LP, Janet Stinus, CP Four Group, Ltd., and Carolyn Pearson**<br>Case number<br>**CC-18399** | **Civil suit regarding unpaid debt** | **County Ct. at Law #2, Midland County**<br>Name<br>**500 N. Loraine St.**<br>Street<br>**Suite Number 6**<br>**Midland        TX     79701**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Viewpoint Securities, LLC vs STW Resources Holding Corp.**<br>Case number<br>**37-2014-00036027-CU-FA-CTL** | **Arbitration award related to investment banking services.** | **Sup. Ct. of California, San Diego Coun**<br>Name<br>**220 West Broadway**<br>Street<br>**San Diego       CA     92101**<br>City                State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.17. | **West Unified Communications Services, Inc., f/k/a Intercall, Inc. vs. STW Resources Holding Corp.**<br>Case number<br>**CI 16 5533** | **Civil action regarding unpaid debt** | **District Court of Douglas Co., Nebrask**<br>Name<br>**1701 Farnam Street**<br>Street<br>**5th Floor**<br>**Omaha         NB     68183**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DeMarco-Mitchell, PLLC** | **N/A** | **07/29/16** | **$10,000.00** |

Address

**1255 West 15th Street**
Street
**Suite 805**

**Plano**          **TX**    **75075**
City                State    ZIP Code

Email or website address
**www.bankruptcytx.com**

Who made the payment, if not debtor?
**The Marie Baier Foundation**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor  **STW Resources Holding Corp.**   Case number (if known) **16-33121-bjh-11**
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **619 West Texas Avenue** Street <br> **Suite 126** <br> **Midland**  **TX**  **79701** <br> City  State  ZIP Code | From **2014**  To **May, 2016** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Bank of America** Name<br>**PO Box 15284** Street<br><br>**Wilmington** City  **DE** State  **19850** ZIP Code | XXXX- **1 8 4 6** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | | |
| 18.2. **Frost Bank** Name<br>**PO Box 4597** Street<br><br>**Odessa** City  **TX** State  **79760** ZIP Code | XXXX- **2 7 5 8** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Dufrane Corporation** Name<br>**201 NW Loop 1910** Street<br><br>**Andrews** City  **TX** State  **79714** ZIP Code | **Josh Brooks**<br>Address<br>**201 NW Loop 1910**<br>**Andrews, TX 79714** | **Most if not all furniture, equipment, and business personal property listed in the Debtor's schedules has been stored at this location since July, 2016** | ☐ No<br>☑ Yes |

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **STW Energy Services, LLC**<br>Name<br>**PO Box 11347**<br>Street<br><br>**Midland    TX    79702-534**<br>City    State    ZIP Code | **Oil tank cleaning and rig washing services in the oil & gas sector. Forfeited corporate charter 2/20/2015. Debtor has an 85% ownership interest.** | Do not include Social Security number or ITIN.<br><br>EIN: **4 6 – 3 0 7 6 9 4 9**<br><br>**Dates business existed**<br><br>From **06/25/2013**   To **02/20/2015** |

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|---|
| 25.2. | **STW Oilfield Construction, LLC**<br>Name<br>**5037 E. Mockingbird Lane**<br>Street<br>**5th Floor**<br>**Dallas** **TX** **75206-510**<br>City State ZIP Code | **Oil & gas service.**<br>**Debtor has a 100% ownership interest.** | Do not include Social Security number or ITIN.<br>EIN: **8 0 – 0 9 3 8 8 7 4**<br>**Dates business existed**<br>From **06/30/2013** To **Present** |
| 25.3. | **STW Pipeline Maintenance & Construction, LLC**<br>Name<br>**3424 South County Road**<br>Street<br>**Suite 1192**<br>**Midland** **TX** **79706**<br>City State ZIP Code | **Pipeline-related services, including construction and repair, for poly and steel oil gas and water pipelines.**<br>**Debtor has a 100% ownership interest.** | Do not include Social Security number or ITIN.<br>EIN: **8 0 – 0 9 5 4 2 9 0**<br>**Dates business existed**<br>From **09/20/2013** To **Present** |
| 25.4. | **Living Water Process & Technologies, LLC**<br>Name<br>**f/k/a STW Water Process & Tech, LLC**<br>Street<br>**3424 S. County Road 1192**<br>**Midland** **TX** **79706**<br>City State ZIP Code | **Water treatment, reclamation and recovery service provider.**<br>**Debtor has a 100% ownership interest.** | Do not include Social Security number or ITIN.<br>EIN: **6 1 – 1 7 4 8 0 5 4**<br>**Dates business existed**<br>From **04/16/2014** To **Present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26a.1. | **Kendall Williams**<br>Name<br>**184 Bearclaw Circle**<br>Street<br>**Aledo, TX 76008-1230**<br>City State ZIP Code | From _____ To _____ |
| 26a.2. | **Vallerie Arrindell**<br>Name<br>**4507 Holland Ave.**<br>Street<br>**Apt. 107B**<br>**Dallas** **TX** **75219-5748**<br>City State ZIP Code | From _____ To _____ |
| 26a.3. | **Sanjeev Paudel**<br>Name<br>**3100 Caldera Blvd.**<br>Street<br>**Apt. 924**<br>**Midland** **TX** **79705**<br>City State ZIP Code | From _____ To _____ |

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26a.4. | **Miranda CFO Services, Inc.** Name **15694 Riparian Road** Street **Poway** City  **CA** State  **92064** ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26b.1. | **Marcum, LLP** Name **2049 Century Park East** Street **Suite 300** **Los Angeles** City  **CA** State  **90067** ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Miranda CFO Services, Inc.** Name **600 West Broadway** Street **Suite 700** **San Diego** City  **CA** State  **92101** ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Alan R. Murphy** | **3424 S County Road 1192 Midland, TX 79706** | **CEO, President & Director** | **1%** |
| **Stanley T. Weiner** | **3424 S County Road 1192 Midland, TX 79706** | **Director** | **13%** |
| **Manfred E. Birnbaum** | **3424 S County Road 1192 Midland, TX 79706** | **Director** | **2%** |
| **Paul DiFrancesco** | **3424 S County Road 1192 Midland, TX 79706** | **Director** | **6.8%** |

Debtor **STW Resources Holding Corp.**
Name

Case number (if known) **16-33121-bjh-11**

| Name | Address | Position | % |
|---|---|---|---|
| D. Grant Seabolt Jr. | 5307 E. Mockingbird Lane, 5th Floor, Dallas, TX 75206 | Secretary & Director | 2% |
| Bill G. Carter | 3424 S County Road 1192, Midland, TX 79706 | Director | 3% |
| Robert J. Miranda | 3424 S County Road 1192, Midland, TX 79706 | Director | 0.4% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

Name of the parent corporation
**STW Resources Holding Corp.**

Employer Identification number of the parent corporation
EIN: **2 6 – 1 9 4 5 7 4 3**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/25/2016**
MM / DD / YYYY

**X /s/ Alan Murphy**
Signature of individual signing on behalf of the debtor

Printed name **Alan Murphy**

Position or relationship to debtor **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No
☐ Yes