Joyce W. Lindauer
State Bar No. 21555700
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR GARY TRUST

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **STW Resources Holding Corp.,** | § | **CASE NO. 16-33121-bjh11** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Gary Trust's Motion to Convert Case to Chapter 7 [Docket No. 43] will be held on **November 1, 2016 at 9:00 a.m.** before the Honorable Chief Bankruptcy Judge Barbara J. Houser, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated: October 4, 2016.

Respectfully submitted,

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR GARY TRUST,
MOVANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2016, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case and as identified below and via United States first class mail, postage prepaid, upon the parties on the attached service list.

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer

Label Matrix for local noticing
0539-3
Case 16-33121-bjh11
Northern District of Texas
Dallas
Wed Sep 28 19:47:21 CDT 2016

Midland County
C/O Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

STW Resources Holding Corp.
5307 E. Mockingbird Lane
5th Floor, Mockingbird Station
Dallas, TX 75206-5109

Securities and Exchange Commission
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604-2908

Texas Workforce Commission
Kimberly A. Walsh
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AFCO
4501 College Blvd, Ste 320
Leawood, KS 66211-2328

ASCAP
21678 Network Place
Chicago, IL 60673-1216

AT&T
208 S. Akard Street
Dallas, TX 75202-4206

AT&T Mobility
1025 Lenox Park Blvd.
Atlanta, GA 30319-5309

Accountemps
2000 E. Lamar Blvd.
Suite 260
Arlington, TX 76006-7300

Acerco SA (Antoine De Sejournet)
56 dreve d'Argenteuil
Waterloo B-1410
Belgium

Adam Jennings
5704 Llano Ct.
Midland, TX 79707-3118

Adam Kasower
25170 Bridger Rd.
Hidden Hills, CA 91302

Alan Murphy
7433 Billo St.
San Angelo, TX 76901-7008

Alan R. Murphy
7433 Billo Drive
San Angelo, TX 76901-7008

Albert Metcalfe
550 West Texas Ave., Suite 640
Midland, TX 79701-4244

AliRezapour
18557 Silverhawk Lane
Tarzana, CA 91356-5722

Amanda Chavez
4801 Oakwood Dr., Apt. 1202
Odessa, TX 79761-2114

Anderson Construction
10716 TX-191
Midland, TX 79707

Anson Investments Master Fund #2
200 Seaport Blvd, #22h
Boston, MA 02210-2039

Anthony Lavalle
6 Glade Lane
Levittown, NY 11756-3918

Anthony V. Lavalle Jr.
6 Glad Lane
Levvittown, NY 11756-3918

Antoine de Sejournet
56 dreve d'Argenteuil
Belgium Belgium

Antoine de Sejournet de Rameignies
Dreve D'Argenteuil 56
Waterloo BE 1410 Belgium

Antonio Rodriguez
5029 Hueco Tanks Rd.
El Paso, TX 79938-8848

Arch Capital Funding, LLC
160 Pearl Street, Suite 5
New York, NY 10005-1631

Arnulfo Bejarano
1213 W. 19th
Odessa, TX 79763-2823

Arturo Heredia
2600 Santa Cruz, Apt #80
El Paso, TX 79938

Attaboy Resources LP
4245 N. Central Exprwy.Suite 50
Dallas, TX 75205-4581

Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of Texas
Taxation Division-Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711-2548

Audrey Lee Maddox
5512 Los Patios
Midland, TX 79707-9722

Austin Elliott Seibert
39221 Weyburn Dr.
Ft. Worth, TX 76109

Baier Foundation
6 East 87th Street
New York, NY 10128-0505

Balentin Rincon
5570 Goldenrod
Gardendale, TX 79758-4026

Bank Julius Baer & Co., Ltd.
C/O Banque Julius Baer & CIE
SA7 rue Pierre Fatio
1253 Geneve Switzerland

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Barbara Mahler
3985 Wonderland Hill Ave. #200
Boulder, CO 80304-1038

Barry Wolfe, TTE
Barry Wolfe Family Trust
22578 Flamigo St.
Woodland Hills, CA 91364-4916

Bart Parker
2810 Bonham
Odessa, TX 79762-7924

Beard Equipment Co., Inc.
C/O The Law Office of Alan A. Aaron
410 West Ohio, Suite 202
Midland, TX 79701-4331

Becker & Poliakoff
125 Half Mile Rd. Ste. 103
Red Bank, NJ 07701-6749

Bernard Brogan
5 Parklands Laurel Lodge
Castle Knock
Dublin 15 Ireland

Big Bad, LLC
10960 Wilshire Blvd.
5U1 Floor
Los Angeles, CA 90024-3708

Bill G. Carter
2507 Belaire Way
Granite Shoals, TX 78654-3103

Bill G. Carter
3424 S County Road 1192
Midland, TX 79706-6388

Bill Hightower
2721 Racquet Club Drive
Midland, TX 79705-7433

Black Pearl Energy
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206-5109

Black Pearl Energy, LLC
5307 E. Mockiingbird Lane, 5th Floor
Dallas, TX 75206-5109

Blake Biscoe
PO Box 92314
Austin, TX 78709-2314

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082-4144

Bob Dillard
2810 Pickwick
Austin, TX 78746-5668

Bob J. Johnson & Associates, Inc.
C/O Graves Dougherty Hearon & Moody
401 Congress Ave., Suite 2200
Austin, TX 78701-3790

Bob J. Johnson & Associates, Inc.
C/O Williams Law Firm, PC
1209 West Texas Avenue
Midland, TX 79701-6173

Branden Whitlock
124 Joyce Circle
Mabank, TX 75156-6737

Brian J. Baxstrom, Roth IRA
660 Beechwood Ave.
Wooster, OH 44691-2701

Broadridge
1100 North 28th Street
Coppell, TX 75261

Brockett & McNeel, LLP
24 Smith Road, Suite 400
PO Box 1841
Midland, TX 79702-1841

Brockett & McNeel LLP
Ryan J. McNeel
Brockett & McNeel LLP
24 Smith Road, Suite 400
Midland, TX 79705-4430

Bruce Gordon
0461 Conumdrum Creek Rd.
Aspen, CO 91611

Bryan Whitlock
124 Joyce Circle
Mabank, TX 75156-6737

Bryant Yeager
9 Amhurst Ct.
Midland, TX 79705-4801

Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Business Wire, Inc.
101 California Street, 20th Floor
San Francisco, CA 94111-5852

CP Four Group, Ltd.
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702-2776

CP4 Group
C/O Carolyn Pearson
PO Box 3467
San Angelo, TX 76902-3467

CSA Materials, Inc.
C/O Jon Mark Hogg
Jackson Walker, LLP
301 West Beauregard Avenue, Suite 200
San Angelo, TX 76903-6370

Calibre Consulting
2325 Dulles Corner Blvd. #500
Heerndon, VA 20171-4676

Capflow Funding Group Managers, LLC
201 Route 17 North
Suite 805
Rutherford, NJ 07070-2557

Carl M. Rodia & Associates, Inc.
13 Locust St.
Trumbill, CT 06611-3008

Carlos Martinez
1016 Pueblo
Odessa, TX 79761-3318

Carol Briggs
1545 Eden Dr.
Wooster, OH 44691-2245

Carolyn Pearson
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702-2776

Case Drilling and Pump Service, LLC
C/O Eric Blue
2009 County Road C3201
Stanton, TX 79782-5012

Case Drilling and Pump Services, LLC
2100 W. Wadley Ave., Suite 4
Midland, TX 79705-6434

Casey B. Hutto
2009 County Road C3201
Stanton, TX 79782-5012

Catherine Weiland
4606 Gulf Ave.
Midland, TX 79707-6205

Cedric Webb
538 Westover Rd., Apt. 106
Big Springs, TX 79720-5301

Chad Goldberg
401 W. A St., Ste., 325
San Dieago, CA 92101-7911

Chance Murphy
218 Sugarloaf Ave.
Abilene, TX 79602-8320

Charles Nethersole
4376 N. Michigan Ave.
Miami Beach, FL 33140-2915

Charles Nethersole
4376 N. Micigan Ave.
Miami Beach,FL 33140-2915

Charlie O'Shaughnessy
10 Lilladoon Park Calbridge
Kildare Ireland

Christi L Craddick
2508 B. Quarry Road
Austin, TX 78703-3701

Christopher B Corley
Trustee Triple C Trust
702 Rivera Ct.
Midland, TX 79705

Christopher B. Corley
PO Box 2042
Midland, TX 79702-2042

Christopher Espinoza
6009 E. County Rd. 84
Midland, TX 79706-4530

Christopher Espinoza
6009 ECR 84
Midland, TX 79706

Chuck Rosebrough
PO Box 804
Graham, TX 76450-0804

City of Midland
300 N. Loraine
Midland, TX 79701-4725

Claire Allison Brunner
2201 Country Club Dr.
Midland, TX 79701-5720

Clay Stone
3321 Neely Avenue Q-2
Midland, TX 79707-5834

Clayton Dorn Chisum
PO Box 100
High Rolls, NM 88325-0100

Clepsydra, LLC
10990 SW 59th Terrace
Miami, FL 33173-1148

Clinton John Woodson
5107 Del Monte Dr.
Apt. 13
Houston, TX 77056-4329

Clytie Lane
29555 Rainsford Pl
Malibu, CA 90265-3840

Corporate Communications Network, Inc
8950 E. Raintree Dr.
Suite 100
Scottsdale, AZ 85260-7031

Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708-2576

Cortex Business Solutions
3404 25th Street NE
Calgary, AB CAN

Cortex Business Solutions
C/O Ruth A Daniels
1601 Elm Street
Suite 4600
Dallas, TX 75201-7212

Craig Allmendinger
57 Dyer Ave.
Canton, CT 06019-3233

Crown Financial, LLC
P.O. Box 219330
Houston, TX 77218-9330

Crown Financial, LLC
c/o Jeff P. Prostok/Clarke V. Rogers
Forshey & Prostok, LLP
777 Main St., Suite 1290
Fort Worth, TX 76102-5316

Culligan Water of West Texas
10018 W. Interstate 20
Midland, TX 79706

D Grant Seaboldt Jr.
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206-5109

D Grant Seabolt Jr.
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206-5109

D. Grant Seabolt
5307 E. Mockingbird Lane
5th Floor
Mockingbird Station
Dallas, TX 75206-5190

D. Grant Seabolt, Jr.
5307 E. Mockingbird Lane
5th Fl. Mockingbird Station
Dallas, TX 75206-5109

Dale Dorn
4040 Broadway #603
San Antonio, TX 78209-6353

Dale F. Dorn
4040 Broadway #603
San Antonio, TX 78209-6353

Dallas County Tax Assessor/Collector
C/O Linebarger, Goggan, Blair, et al
2777 N. Stemmons Frwy., Suite 1000
Dallas, TX 75207-2328

Dalton Cobb
5704 El Campo Ave.
Ft. Worth, TX 76107-4646

Dan Gatewood
5707 Highland Blvd.
Midland, TX 79707-5024

Daniel Balk
17 Bermuda Road
Westport, CT 06880-6702

Daniel Bienenfeld
1511 Bainum Dr.
Topanga, CA 90290-3304

Daniel Bienenfeld &
Anne Stifter Bienenfeld
JTROS, PO Box 619
Pacific Palasades, CA 90272

Danny J. & Marie M. Winn
JTROS, 15002 Dove Creek Rd.
San Diego, CA 92127-4426

Danny S. Davis
5005 Riverway #440
Houston, TX 77056-2123

Darrel Byrer
150 Alum Creek Rd.
Smithville, TX 78957-9589

David Balk
17 Bermuda Road
Westport, CT 06880-6702

David Brewster
4890 Riverbend Rd.
Boulder, CO 80301-2616

David Brewster 4 Associates, Inc
4890 Riverbend Rd.
Boulder, CO 80301-2616

David Clark Gaines
11406 Eveningstar Dr.
Austin, TX 78739-5603

David Fietz
2000 Neely
Midland, TX 79705-7451

David J. Whitley
1598 NE 104th St.
Miami Shores, FL 33138-2666

David Niebergall
5739 Calpine Dr.
Malibu, CA 90265-3813

David Pachter
31 Mercer Place
Apt. 2A
New York, NY 10013-2526

David W. Watson
206 A Mitchell
Midland, TX 79701-6311

Debbie J. Robertson
506 Brownwood
Midland, TX 79703-6364

Dennis Erickson
1745 E. Saltsage Dr
Phoenix, AZ 85048-9426

Derek Putlak
921 East 49th St.
Austin, TX 78751-3408

Don Davidson
30 Oakwell Farms Pkwy.
San Antonio, TX 78218-1782

Don Millen
1310 S. Tyron St., Ste 109
Charlotte, NC 28203

Doug Adams
9608 W. CR 160
Midland, TX 79706

Douglas W. Ferguson
PO Box 432
Midland, TX 79702-0432

Dufrane Nuclear Shielding, Inc.
C/O Darrell W. Corzine
4840 E. University Blvd.
Odessa, TX 79762-8166

EC & TR Acquisitions, LLC
c/o James W. Adelman
P.O. Box 2235
Bala Cynwyd, PA 19004-6235

ELRO Corporation
244 Madison Ave.
Suite 357
New York, NY 10016-2817

East J4 LP
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702-2776

Edurado P. Baca
15229 S. Cuspid
Odessa, TX 79766-9410

Emery Partners, LLC
196 Old Pointe Ave.
Madison, ME 04950-1108

Emilio Morales
524 Lindberg
Odessa, TX 79761-6362

Empire Stock Transfer, Inc.
1859 Whitney Mesa Dr.
Henderson, NV 89014-2069

Energy Transfer
C/O Keegan Pieper, Assoc. Gen. Counsel
1300 Main Street
Mail Stop 20.035C
Houston, TX 77002-6803

Enteles
3985 Wonderland Hill Ave., Ste. 200
Boulder, CO 80304-1038

Enterprise FM Trust
600 Corporate Park Dr.
St. Louis, MO 63105-4204

Erasmo I Carrasco
P.O. Box 442
Stanton, TX 79782-0442

Eric Blue
2009 County Road C3201
Stanton, TX 79782-5012

Eric Kaposta
2311 Crooked Lane
Southlake, TX 76092-8068

Ernest Pellegino
328 Newman Springs Rd.
Red Bank, NJ 07701-5654

Even Berger
18851 NE 29th Ave., Fl 7
Aventura, FL 33180-2808

Executive Leasing, Inc.
501 E 2nd
Odessa, TX 79761-5433

Express 4X4 Truck Rental
C/O Morris & Adelman, PC
PO Box 2235
Bala Cynwyd, PA 19004-6235

FAST-CEDE & CO
55 Water Street
New York, NY 10041-0004

Fair Oaks Holding, LLC
544 E. Liberty St.
Wooster, OH 44691-3602

Faustino Lopez
912 E. 25th
Odessa, TX 79761-1319

FedEx
7900 Legacy Drive
Plano, TX 75024-4089

Felipe Silva
1004 S. Marshall
Midland, TX 79701-8220

FireRock Global Opportunities Fund LP
1040 1st Ave., Ste. 190
New York, NY 10022-2991

First Fire Global Opportunities Fund
C/O FireRock Capital, Inc.
1040 1st Ave., Suite 190
New York, NY 10022-2991

FirstFire Global Opportunities Fund LLC
FireRock Capital Inc
1040 1st Ave., Ste. 190
New York, NY 10022-2991

FirstFire Global Opportunities Fund, LLC
C/O Nicolas F. Coscia, Esq.
PO Box 789
Cardiff-by-the-Sea, CA 92007-0789

Fisch Tank
32 Broadway, Suite 1701
New York, NY 10004-1610

Fisher Lease Services
200 Garden City Highway
Big Lake, TX 76932

Flammino Family Trust
1601 E. Olympic Blvd. #405
Los Angeles, CA 90021-1943

Fleming PLLC
30 Wall Street
8th Floor
New York, NY 10005-2205

Francisco Rojas
1000 Pueblo St., Apt. 64
Odessa, TX 79761-3355

Frederick Lutz
1705 Mahan Dr.
Tallahassee, FL 32308-5201

Fredrick Giovanelli
156 Sussex Dr.
Manhasset, NY 11030-3516

GAN
4884 Brewster Drive
Tarzana, CA 91356-4806

GE Ionics, Inc.
C/O Glenn Reisman, Esq.
12 Old Hollow Road, Suite B
Trumbull, CT 06611-5523

GVP.DSJ Inc
2828 Routh St.
Suite 700
Dallas, TX 75201-1411

Gan Trust
4884 Brewster Drive
Tarzana, CA 91356-4806

Garden State Securities, Inc
328 Newman Springs Rd.
Red Bank, NJ 07701-5654

Gene A. Dodge
6142 Sugar Hill
Houston, TX 77057-1143

Gene Brock
619 W. Texas Ave., Suite 126
Midland, TX 79701-4254

General Electric
1055 Washington Blvd.
Stamford, CT 06901-2216

Geneva, 1208, Switzerland

George B. Kaufman
80 N. Moore #21E
New York, NY 10013-2733

Gerald Walsh
11 Grove Lawn
Malahide, CA 90265
Ireland

Geraldine Fiske
29500 Heathercliff Rd.#269
Malibu, CA 90265-6269

Geraldine Fiske
29500 Heathercliff Road #269
E. Malibu, CA 90265-6269

Geraldyn Fox
1910 N. Stockton Ave.
Odessa, TX 79763-2696

Gerardo Sierra
7611 W. 10th St.
Odessa, TX 79763

Gilbert Raker
62 Moreland Rd.
Greewich, CT 06831-2646

Gilberto Sierra
7611 W. 10th St.
Odessa, TX 79763

Global Personnel, Inc.
3300 N. A Street
Midland, TX 79705-5492

Golden Fire & Safety
1171 E. 42nd Street
Odessa, TX 79762-7723

Gordon & Karin Sass
N3314 Monroe-Sylvester Rd.
Monroe ,WI 53566-9418

Gordon L. Sass
Roth IRA
N3314 Monroe-Sylvester Rd.
Monroe, WI 53566-9418

Grant Seabolt
2828 Routh St., Suite 700
Dallas, TX 75201-1411

Green Life, Inc
3011 Yamato Rd., Ste A-17
Boca Raton, FL 33434-5353

Greenburg Capital, LLC
1000 Woodbury Rd., Ste. 207
Woodbury, NY 11797-2530

Guardian
3131 E. Camelback Road
Phoenix, AZ 85016-4500

Guenter Metsch
320 Seaview Ct. #1605
Marco Island, FL 34145-2904

Gusrae Kaplan Nusbaum PLLC
120 Wall Street
New York, NY 10005-4016

H. Reid Wagstaff Roth IRA
4400 N. Scottsdale Rd. #9-912
Scotsdale, AZ 85251-3331

H. Robert Rowley Jr.
JTWROS/Andrea L. Rowley
2101 Chepstow Rd., Suite 23M
Schenectady, NY 12303-2329

H20 Investments LP
C/O William J. Moore
Andrews Kurth, LLP
1717 Main Street, Suite 3700
Dallas, TX 75201-4749

HEC Investments, LLC
250 Steele St., Suite 375
Denver, CO 80206-5200

Hall Brockett
PO BOx 1841
Midland, TX 79702-1841

Harrel L. Davis
GORDON DAVIS JOHNSON & SHANE P.C.
P.O. BOX 1322
El Paso, Texas 79947-1322

Harrell, Pailet & Associates, PC
5454 La Sierra Drive, Suite 100
Dallas, TX 75231-2342

Hartley Moore Accountancy Corp.
4685 MacArtur Ct., Ste. 370
Newport Beach, CA 92660-8848

Harvey Lopez
9103 W. Riggs
Odessa, TX 79764-8960

Hayden Consulting
3120 W. Carefree Hwy. #1-233
Phoenix, AZ 85086-3264

Heather Obeda Roth IRA
2576 Hartun Dr.
Brighton, MI 48114-7533

Henry Catto
1200 17th Street
Denver, Colorado 80202-5835

Hilario Garcia
PO Box 1068
Monahans, TX 79756-1068

Horizon Capital Fund LP
201 4th Ave. North
Ste. 1950
Nashville, TN 37219-2019

Howard Gan
4884 Brewster Dr.
Tarzana, CA 91356-4806

Howard J. Gan & Robyn Miller
4884 Brewster Drive
Tarzana, CA 91356-4806

Hunter Hill
2430 Victory Park #1902
Dallas, TX 75219-7605

Hunter Taubman Fischer, LLC
1450 Broadway
26th Floor
New York, NY 10018-2207

Ice Systems, Inc.
500 Ala Moana Boulevard
Suite 7-415
Honolulu, HI 96813-4925

Internal Revenue Service
1100 Commerce Street
Mail Code 5027 DAL
Dallas, TX 75242-1100

Internal Revenue Service-ND
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Ira J. Gaines
1819 E. Morten Ave. Ste. 180
Phoenix, AZ 85020-7620

Irwin Zalcberg
52118 Lake Park Dr.
Grand Beach, MI 49117-8918

J. Mark Kennedy
1144 Salt Creek Drive
Ponte Vedra, FL 32082-2534

JDF Capital, Inc
96 Village Center Dr.
Freehold, NJ 07728-2526

JSM Music, Inc.
59 West 19th St.
New York, NY 10011-4228

Jacob Wonsover
4711 Dempster
Skokie, IL 60076-2044

Jacqueline Orr
4 Sprucefield Ct.
Hope, PA 18938-1083

James C. Slate and Jessica Logreira
707 Sierra Vista Dr.
Truth or Consequences, NM 87901-1545

James Cerna
105 Tanager Lane
Redwood Shores, CA 94065-2871

James J. Cerna Jr. TTEE
105 Tanager Lane
Redwood Shores, CA 94065-2871

James J. Kellu & Whitney A. Greaves
221 4th Pl
Manhattan Beach, CA 90266-5703

James Kelly
1025 NW Couch #1514
Portland, OR 97209-4139

James Lee
10002 ECR 95
Midland, TX 79706

James N. Letsos III
PO Box 3692
Houston, TX 77253-3692

James Nicholls
333 W 56th St. #9C
New York, NY 10019-3771

James Pappalardo
328 Newman Springs Rd.
Red Bank, NJ 07701-5654

James S. & Susan Baker
5351 Owl Alley Lane
Keswick, VA 22947-2131

James Tracy
7026 Old Katy Rd.
Suite 303
Houston, TX 77024-2149

James Williams
14925 Manzanita St.
Gardendale, TX 79758-2102

Janet Stinus
11801 Musket Rim Street
Austin, TX 78738-6611

Janet Stinus
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702-2776

Janet W. Guerrant
8731 Cresent Gate Lane
Houston, TX 77024-7029

Janice T. Baxstrom Roth IRA
660 Beechwood Ave.
Wooster, OH 44691-2701

Jason Bradley Long
12726 Barryknoll Lane
Houston, TX 77024-4005

Jeff Hook
3630 B Walnut St.
Lafayette, CA 94549

Jeff Massey
PO Box 225
Sulfur Springs, TX 75483-0225

Jeff Nicholds
4408 Overton Terrace
Ft. Worth, TX 76109-2517

Jeff O'Brien
2313 Neely Ave.
Midland, TX 79705-7339

Jeffrey S. Hook
3630 B Walnut St
Lafayette, CA 94549

Jeffrey Schnapper
2 Fieldcrest Dr.
New City, NY 10956-5439

Jennifer Sue Fulkerson
5134 West Belfort
Houston, TX 77035-3135

Jeremy Jones
511 Graham Ave.
Odessa, TX 79763-4289

Jesse Bienenfeld
1601 Venice Blvd., Apt 106
Los Angeles, CA 90006-4607

Jesus Ramirez
1501 Murphy Apt. 9
El Paso, TX 79902

Jesus Soltero
PO Box 11135
Midland, TX 79702-8135

Jim Kelly
1025 MW Couch #1514
Portland, OR 97209

Joel Bienenfeld
2417 Castle Heights Dr.
Los Angeles, CA 90034-1051

John Brady
22747 Brandywine Dr.
Calabasas, CA 91302-5736

John C. Dorn
PO Box 2396
Midland, TX 79702-2396

John F. Baier
29350 Pacific Coast Hwy. #2A
Malibu, CA 90265-3949

John F. Dorn
2900 Weslayan St #430
Houston, TX 77027-5194

John Fanning
PO Box 675384
Rancho Sante Fe, CA 92067-5384

John Giacoia
24 Dean Dr.
Pembroke, MA 02359-3802

John Gillett
321 E. Lake Shore Dr.
Tower Lakes, IL 60010-1223

John Krawczyk
515 Latigo canyon Rd.
Mailbu, CA 90265-2711

John M & Lynnette S Dillentees
Dillen Family Trust
PO Box 675384
Rancho Santa Fe, CA 92067-5384

John Marsala
215 E. 68th St.
New York, NY 10065-5718

John McDermott
401 W. A St., Ste. 325
San Diego, CA 92101-7911

John O'Shea
100 Wall Street
New York, NY 10005-3701

John Rueter
2794 Rita Ct.
Bellmore, NY 11710-5317

John Scherer
PO Box 11404
Midland, TX 79702-8404

Jordan D. Birnbaum
54 Forge Rd.
Sharon, MA 02067-2882

Jose Angel Mora-Martinez
12055 W. Claire St.
Odessa, TX 79764-9112

Jose Lopez
912 E. 25th
Odessa, TX 79761-1319

Jose Salazar
419 E. Oak
Midland, TX 79705-7915

Joseph I. O'Neill, III
410 West Ohio
Midland, TX 79701-4331

Joseph Sponzo
47 West 68 St. #5F
New York, NY 10023-5339

Joshua Brooks
125 Price Rd.
Winsted, CT 06098-2237

Joshua Brown
3008 Thicket Bend Ct.
Fort Worth, TX 76244-5508

Joshua C Brooks
125 Price Rd.
Winstead, CT 06098-2237

Joshua N. Brown
3008 Thicket Bend Ct.
Fort Worth, TX 76244-5508

Juan Natividad
1201 W. Wwashington Ave.
Midland, TX 79701-7073

Juventino Muniz
221 N. Spruce
Kermit, TX 79745-2222

KGS, LLP
125 Jericho Turnpike
Suite 300
Jericho, NY 11753-1016

KI Learning Systems, Inc
432 Knollwood Dr.
Newbury Park, CA 91320-4840

Katherine Sneed Brunner
2201 Country Club Dr.
Midland, TX 79701-5720

Keenan Stringer
901 Nolan Ryan Dr.
Midland, TX 79706-2921

Keith Campbell
821 Crater Camp Dr.
Calabasa, CA 91302-2123

Ken Williams
1852 Post Oak Park Dr.
Houston, TX 77027

Kendall Williams
184 Bearclaw Circle
Aledo, TX 76008-1230

Kenneth Ray
10100 South Gessner #702
Houston, TX 77071-1033

Kenneth Vallone
3121 Buffalo Speedway #8204
Houston, TX 77098-1861

Kevin Marshall Rockecharlie
5114 Feagan St.
Houston, TX 77007-7222

Kimber Carter
4309 Harvard
Midland, TX 79703-4847

Kimberly Conrad
135 Creekland Dr.
East berlin, PA 17316-8823

Kirk Branum
1600 W. Tennessee Ave.
Midland, TX 79701-6084

Kornfeld & Levy
2067 1st Ave.
San Diego, CA 92101-2011

Kornfeld and Levy CPA
2067 First Avenue
San Diego, CA 92101-2011

Kramer/Grahek
6900 Grasswood Ave.
Malibu, CA 90265-4245

LG Capital Funding
1218 Union Street
Suite #2
Brooklyn, NY 11225-1512

LG Capital Funding, LLC
1218 Union Street
Suite 2
Brooklyn, NY 11225-1512

LLG Energy Services, LLC
d/b/a Moonlight Energy Services
C/O Davis, Gerald & Cremer, PC
400 W. Illinois, Suite 1400
Midland, TX 79701-4310

Larry Crosson
3895 E. Cottonwood Rd.
Gardendale, TX 79758-4731

Larry Eubank
6013 C Burgoyne
Houston, TX 77057-2975

Larry G. Phillips
PO Box 2197
Midland, TX 79702-2197

Lazaro F. Tejada
12065 West Doris Dr.
Odessa, TX 79764-9459

Leigh Williams
5422 Lincrest Lane
Houston, TX 77056-6806

Lena Tellez
2600 W Loop 250 N, Apt. 509
Midland, TX 79705-3113

Les Schultz
1520 First St. K-311
Coronado, CA 92118-1583

Levine Family Rev Trust
3954 Los Arabis Drive
Lafayette, CA 94549-2834

Lezlie Frazer
3605 Wedgewood St.
Midland, TX 79707-4703

Lifephase Inc Retirement Plan One
578 Washington Blvd #455
Marina Del Rey, CA 90292-5442

Lindsey L. Ramirez
2001 Huntington
Midland, TX 79705-8413

Living Water Process & Technologies, LLC
fka STW Water Process & Technologies
3424 S County Road 1192
Midland, TX 79706-6388

LogicomUSA
56 Pine St.
Suite 11F
New York, NY 10005-1515

Lonestar West Enterprises, LLC
C/O Monty Taylor
711 W. Hillmont Road
Odessa, TX 79764-1931

Lorenzo Reyes
503 W. 2nd St.
Stanton, TX 79782

Louis M. Steren
21320 Ave. San Luis
Woodland Hills, CA 91364-2015

Louis N Zerbo
271 Route 46 W
Ste. D209
Fairfield, NJ 07004-2432

Ludlow Capital, Inc
256 Seaman Ave., Suite 5A
New York, NY 10034-1255

Luis Lujan
448 E. Ivory
Odessa, TX 79766-9269

Lyman O. Heidtke
IRAFCC As custodian
2801 Market
St. Louis, MO 63103-2523

Lyncy, Chappell & Alsup
300 N. Marienfeld
Suite 700
Midland, TX 79701-4393

Lynette Dillen
C/O Pope, Berger, Williams & Reynolds
401 B Street, Suite 2000
San Diego, CA 92101-4240

MDM Worldwide Solutions, Inc.
264 W 40th Street #602
New York, NY 10018-1810

MIRUS OPPORTUNISTIC FUND
619 West Texas Ave.
Midland, TX 79701-4254

MKM
28 West 44th Street, 16th Floor
New York, NY 10036-7410

MKM Master Opportunity Fund
28 West 44th Street, 16th Floor
New York, NY 10036-7410

MKM Opportunity Master Fund, ltd.
Attn: David Skriloff
1410 Broadway, 23rd Fl.
New York, NY 10018-5023

Macallan Partners LLC
245 main St., Ste. 390
White Plains, NY 10601-2425

Madison Stock Transfer, Inc.
PO Box 14590
Suite 601
Brooklyn, NY 11229

Maid of New York
118 East 28th
New York, NY 10016-8413

Manfred Birnbaum & Charlotte Birnbaum
32 Lynam Rd.
Stamford, CT 06903-4524

Manfred E. Birnbaum
32 Lynam Rd.
Stamford, CT 06903-4524

Manfred E. Birnbaum
3424 S County Road 1192
Midland, TX 79706-6388

Marcia Levine
27 Sands Court
Port Washington, NY 11050-1447

Marcum, LLP
750 3rd Avenue, 11th Floor
New York, NY 10017-2716

Marcus Muller
93 North Maini At.
Cranbury, NJ 08512

Marie Baier Foundation
6 East 87th Street
New York, NY 10128-0505

Mariel Kamp or Maria Eleena Pena
28 Garner Drive
Novato, CA 94947-4463

Mario G. Palomo
P.O. Box 1068
Monahans, TX 79756-1068

Marion Briggs
538 Westover Rd., Apt #223
Big Springs, TX 79720-5306

Mark McLean Bowman
615 Belknap
San Antonio, TX 78212-3413

Marlene Brill
56 Pine Street
Suite 11F
New York, NY 10005-1515

Marrs McLean Bowman
615 Belknap
San Antonio, TX 78212-3413

Marshall Douglas Murphy
2000 Smith St.
Houston, TX 77002-8652

Martin Belcourt
832 S. Ave. C
Kermit, TX 79745-4820

Martin Belcourt
8325 S. Ave. C
Kermit, TX 79745

Marty Walter
619 W. Texas Ave.
Suite 126
Midland, TX 79701-4254

Mary Elizabeth Nichols
4408 Overton Terrace
Ft. Worth, TX 76109-2517

Matthew Balk
17 Bermuda Road
Westport, CT 06880-6702

Mauro Medina
4518 Comanche Dr.
Midland, TX 79703-6915

McAnally Wilkins, Inc.
110 W. Louisiana Avenue
Suite 150
Midland, TX 79701-3483

McDerMedia Inc
3952 D. Clairemont Mesa Blvd #198
San Diego, CA 92117-2775

McNees Wallace & Nurick, LLC
100 Pine Street #5
Harrisburg, PA 17101-1235

McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101-1288

Mclean Bowman
615 Belnapp
San Antonio, TX 78212-3413

Mechanical Colling, Inc.
531 W. 49th St.New York, NY 10019

Melanie Saiz
1606 McClintic
Midland, TX 79701-4046

Merle J. Huerta
23 Landau Ln
Spring Valley, NY 10977-1826

Michael & Stacia Balog Trust
Rod PahatiBTIG
600 Montgomery St.
San Francisco, CA 94111-2702

Michael & Stacy Balog Trust
Rod Pahati BTIG
600 Montgomery St.
San Francisco, CA 94111-2702

Michael Friedman
4 Buckingham Dr.
Morage, CA 94556-2407

Michael G. Balog and Stacy L. Balog
TTEES Rod PAHATIBTG
600 Montgomery St.
San Franciso, CA 94111-2702

Michael G. Reddin
11831 Ellice St.
Malibu, CA 90265-2227

Michael J. MCAdams
3849 North Upland St.
Arlington, VA 22207-4535

Michael S. Cianciola
4223 Marina St.
Houston, TX 77007-2316

Michael and Stacia Balog Trust
600 Montgomery Street
San Francisco, CA 94111-2702

Midland County Tax Assessor
500 North Loraine Street
Midland, TX 79701-4745

Midland County Utility District
C/O Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Midland I.S.D.
615 W. Missouri Ave.
Midland, TX 79701-5017

Midland Lock & Safety, Inc.
1408 N. Big Spring
Midland, TX 79701-2754

Miguel Jimenez-Chavez
509 S. Mineola
Midland, TX 79701

Milton Bienenfeld
2471 Castle Heights Ave.
Los Angeles, CA 90034

Milton Bienenfeld
PO Box 40
Pacific Palisades, CA 90272-0040

Miranda CFO Services, Inc
1595 S. Misson Rd.
Fallbrook, CA 92028-4136

Miranda CFO Services, Inc.
2801 W. Coast Highway
Suite 370
Newport Beach, CA 92663-4051

Miranda CFO Services, Inc.
600 West Broadway, Suite 700
San Diego, CA 92101-3370

Miranda and Associates
1595 South Mission Road
Fallbrook, CA 92028-4136

Modspace
1200 Swedesford Road
Berwyn, PA 19312-1172

NFS/FMTC IRA
fbo Thomas W. Coker
4904 SW Quail Hollow St.
Palm City, FL 34990-5261

Neil Heiman
4330 Mill Creek Court
Fort Collins, CO 80526-3444

New Millenium Pr.com., Inc
6958 South Utica Ave.
Tulsa, OK 74136-3903

Newton Energy
520 El Camino Real #423
San Mateo, CA 94402-1717

Nicholas Rockecharlie
5114 Feagan St.
Houston, TX 77007-7222

Norman Meyers
215 Norris Rd.
Biglerville, PA 17307-9662

Oceanic Consulting LLC
Blossom Cove w
Suite 24A
Redbank, NJ 07701-6302

Office Depot
6600 North Military Trail
Boca Raton, FL 33496-2434

Oilprice.com
C/O Jeffrey T. Hall
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201-7357

Olen Coursey
143 S. Hasty
Odessa, TX 79763-8037

Oliver Beach
105 First St.
San Antonio, TX 78210

Omar Saenz
3711 Cedar Spring
Midland, TX 79703-6414

Oscar Jurado Torres
610 Apollo Rd.
Richardson, TX 75081-3507

Oswaldo Saenz Jr
20 Bookins Ct.
Odessa, TX 79764-1401

Outpost Communications
2002 S County Road 1276
Midland, TX 79706


PEMSCO Trust Co.
FBO John Krawczyk
515 Latigo Cyn Rd.
Malibu, CA 90265-2711

PR Newswire
350 Hudson Street, Suite 300
New York, NY 10014-5827

Pathfinder Worldwide Finacial Group, LLC
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206-5109


Patrick Riordan
5566 Little Fawn Crt
Westlake Village, CA 91362-5269

Patrick Ryan Rockecharlie
5114 Feagan St.
Houston, TX 77007-7222

Paul DiFrancesco
17181 Camino Acampo Rancho
Rancho Santa Fe, CA 92067


Paul DiFrancesco
3424 S County Road 1192
Midland, TX 79706-6388

Paul Dunning
4158 Greystone Way
Sugarland, TX 77479-3001

Paul Kyne
66 Lucan Heights
Lucan County, CA 92037 Dublin


Paxton S. Beauchamp
5200 N. Midkiff Rd.
Midland, TX 79705-2411

Pedro Guerrero
1501 Mundy Apt #9
El Paso, TX 79902-3623

Perfecto Trevizo
390 Betty Lou Dr.
Odessa, TX 79766-9017


Perkins Coie, LLP
500 North Akard Street
Suite 3300
Dallas, TX 75201-3347

Perry G. Fikes
4107 Irvin Dr.
Midland, TX 79705-9773

Petroleum Basin Petroleum Assoc.
700 N. Colorado Street
Midland, TX 79701-3493


Pitney Bowes
27 Waterview Drive
Shelton, CT 06484-4361

Pitney Bowes Global Financial Svcs., LLC
27 Waterview Drive
Shelton, CT 06484-4301

Pocket Rocket
Brook Barn Trelleck Road
TintermChepstow NP 166SN England


Power Up Lending Group, Ltd.
C/O Richard S. Naidich, Esq.
Naidich Wurman, LLP
111 Great Neck Road, Suite 214
Great Neck, NY 11021-5408

Powhatan French
1010 West Wall Street
Midland, TX 79701-6638

Public Wire
5850 TG Lee Blvd.
Suite 310
Orlando, FL 32822-4409


R.H. Tibaut Bowman
1250 NE Loop 410
Ste. 900
San Antonio, TX 78209-1576

RH Tibaut Bowman
1250 NE Luke 410 Ste. 900
San Antonio, TX 78236

RSF Advisors
4365 Executive Dr.
Ste.1500
San Diego, CA 92121-2129


Raghu Saripalli
401 W. A St., Ste. 325
San Diego, Ca 92101-7911

Raider Oilfield Services, LLC
PO Box 53407
Midland, TX 79710-3407

Raman Mullick
2906 Meadowgrass Lane
Houston, TX 77082-1894

Rampart Brokerage Corporation
1983 Marcus Ave.
New Hyde Park, NY 11042-2000

Ranchland Hills
1600 E. Wadley
Midland, TX 79705-5899

Randy J. Boatwright
PO Box 17962
San Antonio, TX 78217-0962

Raymond Foy
The FirstBallycahan
Kildare, TX 77082 Ireland

Redwood Fund. LP
50233 North Parkway
Calabasas, CA 91302

Redwood Funding
50233 North Parkway
Calabasas, CA 91302

Reid & Susan Wagstaff
4400 N. Scottsdale Rd. #9-912
Scottsdale, AZ 85251-3331

Reliant
PO Box 3765
Houston, TX 77253-3765

Rene Usher
2545 Shenandoah Ave.
Charlotte, NC 28205-6120

Republic Services, Inc.
1212 Harrison Ave.
Arlington, TX 76011-7332

Rhonda J. Parish & Celia A. Kudro
627 Cherokee Circle
Orlando, FL 32801-3908

Richard L. Stern
124 W. 79th St., Ste. 2-C
New York, NY 10024-6488

Richard Scarborough
8 Bonnie Brae Dr.
Weaverville, NC 28787-9738

Robert Beaudreault
4111A Purdue
Houston, TX 77005-1039

Robert Cerf
3605 Wedgewood
Midland, TX 79707-4703

Robert D. Brunner
2201 Country Club Dr.
Midland, TX 79701-5720

Robert Half Finance & Accounting
2884 Sand Hill Road
Suite 200
Menlo Park, CA 94025-7072

Robert Henderson Nichols
4408 Overton Terrace
Ft. Worth, TX 76109-2517

Robert J & Sandra Nebrosky Living Trust
317 14th St.
Del Mar, CA 92014-2554

Robert J. Miranda
3424 S County Road 1192
Midland,TX 79706-6388

Robert J.. Cerf
3605 Wedgewood
Midland, TX 79707-4703

Robert S. Brunner
2201 Countyr Club Dr.
Midland, TX 79701-5720

Robert W. Palmer
PO BOX 11341
Midland, TX 79702-8341

Robert Wallace Dillard III
2810 Pickwick
Austin, TX 78746-5668

Robert Weaver Roth IRA
326 E. Paradise St.
Orville, OH 44667-2228

Robert and Sandra Neborsky Living Trust
Robert J. Neborsky, M.D. Trustee
c/o Christopher J. Moser, Esq.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-3070

Robinson & Cole, LLP
1055 Washington Blvd., 10th Floor
Stamford, CT 06901-2215

Rodolfo Guevara
1101 Fitch Ave. #1002
Odessa, TX 79761-7029

Roger Levine
3954 Los Arabis Dr.
Lafayette, CA 94549-2834

Ronald Pasternak
325 Howard Ave.
Fairlawn, NJ 07410-3541

Ronald Vaughn
32 Ashton Way
West Chester, PA 19380

Ross W. Bruhner
2201 Country Club Dr.
Midland, TX 79701-5720

Ruben Aguirre
1306 Moran
MIdland, TX 79701-7850

Ruben Berzoza
626 Magnolia
Kermit, TX 79745-4118

Russell Clayton Lutrell
4811 Rustic Trail
Midland, TX 79707-1402

Ruth Bowman Russell
615 Belknap
San Antonio, TX 78212-3413

Ryan Herco Flow Solutions
3010 N. San Fernando Blvd.
Burbank, CA 91504-2524

Ryan J. McNeel
Brockett & McNeel LLP
24 Smith Road, Suite 400
Midland, TX 79705-4430

Ryan Riley
18517 Perdidi Bay
Leesburg, VA 20176-7407

S. Andrew Corwin
3900 South Hualapai Way, Ste. 126
Las Vegas, NV 89147-5725

SEC
100 F. Street, NE
Washington, DC 20549-2001

(c)SEC
BURNETT PLAZA
801 CHERRY ST UNIT 18
FORT WORTH TX  76102-6882

SEC Connect
One America Plaza
600 W. Broadway #700
San Diego, CA 92101-3370

SEC Connect, LLC
Daniel W. Rumsey
600 W. Broadway, Suite 700
San Diego, CA 92101-3370

STAROBIN PARTNERS
1 Penn Plaza, Suite 2411
New York, NY 10119-2411

STW Capitan Reef/Ft. Stockton, LLC
5307 E. Mockingbird Lane, Floor 5
Dallas, TX 75206-5109

STW Energy Services, LLC
3424 S County Road 1192
Midland, TX 79706-6388

STW Energy Services, LLC
PO Box 1347
Midland, TX 79702-8347

STW Oilfield Construction, LLC
3424 S County Road 1192
Midland, TX 79706-6388

STW Pipeline Maint. & Construction, LLC
3424 South County Road
Suite 1192
Midland, TX 79706

STW Pipeline Maintenance & Const., LLC
3424 S. County Road 1192
Midland, TX 79706-6388

STW Pipeline Maintenance & Construction
3424 South County Road, Suite 1192
Midland, TX 79706

STW Water & Process Technologies
3424 S County Road 1192
Midland, TX 79706-6388

STW Water Process & Technologies, LLC
3424 S County Road 1192
Midland, TX 79706-6388

STW Water Process & Technologies, LLC
C/O D. Grant Seabolt, Jr.
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75206-5109

Safety Solutions, Inc.
PO Box 81982
Austin, TX 78708-1982

Salttech, BV
Smidsstraat 2,
8601 WBSneekSneek
The Netherlands

Sam Weiss
Attn: Gitty Mayer
211 Hewes St.
Brooklyn, NY 11211-8321

Sam's Club
702 SW 8th Street
DEPT 8687 #0555
Bentonville, AR 72716-0555

Samantha Bo Weiner
1506 West Storey
Midland, TX 79701-6000

Sandra Ramirez
600 W. New Jersey Avenue
Midland, TX 79701-7963

Sandra Ramirez
600 West New Jersey
Midland, TX 79701-7963

Sandra Sande
830 Crater oak
Monte Nido, CA 91302-2130

Sanjeev Paudel
3100 Caldera Blvd. #921
Midland, TX 79705-2580

Saul Bejarano
1901 W. Washington Ave.
Midland, TX 79701-6918

Scott Miller
3600 N. Midland Dr.
Midland, TX 79707-4642

Seaboard International, Inc.
9 Greenway Plaza
Suite 1100
Houston, TX 77046-3653

Seaboard International, Inc.
d/b/a Weir Seaboard
C/O Ben L. Aderholt
9 Greenway Plaza, Suite 1100
Houston, TX 77046-3653

Seaboard International, Inc.
d/b/a Weir Seaboard
c/o Ben Aderholt
Coats Rose, P.C.
9 Greenway Plaza, Suite 1100
Houston, TX 77046-3653

Seaboldt Law Group
5307 E. Mockingbird Lane
5th Floor, Mockingbird Station
Dallas, TX 75206-5109

Semper Gestion SA
5 rue Pedro-Nelvan
Geneva 1208 Switzerland

Sesac, Inc
55 Music Square East
Nashville, TN 37203-4324

Sharon Dorn Gill
PO Box 758
High Rolls, NM 88325-0758

Sichenzia Ross Friedman Ference, LLP
61 Broadway
New York, NY 10006-2834

Skyler Gordy
10960 Wilshire Blvd 5th Floor
Los Angeles, CA 90024-3708

Sledge Law, PLLC
919 Congress Avenue, Suite 460
Austin, TX 78701-2153

Smith, Robertson, Elliot & Douglas, LLP
221 West Sixth Street, Suite 1100
Austin, TX 78701-3402

Solar Grid Capital
1420 East 22nd St.
Brooklyn, NY 11210-5111

Stan L. Williamson
PO Box 11175
MIdland, TX 79702-8175

Stanley Charles Weiner
1506 West Storey
Midland, TX 79701-6000

Stanley T. Weiner
1506 Storey Avenue
Midland, TX 79701-6000

Stanley T. Weiner
1506 West Storey
Midland, TX 79701-6000

Staples
100 Pennsylvania Ave
Framingham, MA 01701-8822

Stephen Oakley & Anne Oakley
1750 30th Street #325
Boulder, CO 80301-1029

Stephen Schachman
30 S. 17th St.
Philadelphia, PA 19103-4001

Steve Day
3914 SW Martins Lane
Portland, OR 97239-1459

Steve Obeda Roth IRA
2576 Hartun Dr.
Brighton, MI 48114-7533

Steve Vago
208 E. Broadway Apt. 406
New York, NY 10002-5533

Steven P. Grahek
6900 Grasswood Ave.
Malibu, CA 90265-4245

Steven P. Grahek & Deborah L. Kramer
6900 Grasswood Ave.
Malibu, CA 90265-4245

Steven Swartz
10313 Mississippi Ave.
Los Angeles, CA 90025-6020

Stream
Attn:  Customer Operations
1950 N. Stemmons Frwy.
Suite 3000
Dallas, TX 75207-3203

Suddenlink
2530 South Midkiff
Midland, TX 79701-8800


Susan G. Spies
TTE Spies Revocable Family Trust
223 Amalfi Dr.
Malibu, CA 90402-1125

Sute 11F
New York, NY 10005

TCA Global Credit Master Fund
1404 Rodman St.
Hollywood, FL 33020-6436


TRE & Associates, LLC
c/o Harrel L. Davis
P.O. Box 1322
El Paso, TX 79947-1322

Team Industrial Services, Inc.
13131 Dairy Ashford, Ste 600
Sugarland, TX 77478-4398

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528


Texas Workforce Commission
101 E. 15th Street
Suite 124T
Austin, TX 78778-0001

Texas Workforce Commission
Kimberly A. Walsh, Asst. Attorney Gen.
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX  78711-2548

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001


Texas Workforce Commission
TEC building Tax Dept.
101 E. 15th Street
Austin ,TX 78778-0001

The Bosworth Company
2205 West Industrial
Midland, TX 79701-7741

The Marie Baier Foundation
6 E. 87th St.
New York, NY 10128-0505


The Milton & Florencia Bienenfeld Trust
PO Box 40
Pacific Palisades, CA 90272-0040

Thomas G. Amato
1 Greenbriar Court
Skillman, NJ 08558-2239

Thomas Hook
865 Georgia Ave.
Burleson, TX 76028-2244


Thomas Joinder
6058 W. Nectarine Street
Odessa, TX 79766-1462

Thomas Joiner
6058 W. Nectarine St.
Odessa, TX 79766-1462

Thomas R. Craddick, Jr.
1511 Woodlawn Blvd.
Austin, TX 78703-3330


Tiburon Research Holdings, LLC
19800 MacArthur Blvd. #300
Irvine, CA 92612-2479

Time Warner Cable
2421 Matlock Road
Arlington, TX 76015-1619

Todd Schwartz
360 East 55th St #14A
New York, NY 10022-4170


Tyler Cole Webb
3525 Seaboard Ave.
Midland, TX 79707-6614

United Drilling, Inc.
C/O Shafer, Davis, O'Leary & Stoker
PO Drawer 1552
Odessa, TX 79760-1552
Attn:  James W. Essman

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1074


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Upton County Water Station CP, LLC
C/O D. Grant Seabolt, Jr.
5307 E. Mockingbird Lane, 5th Floor
Dallas, TX 75206-5109

Upton county water station cp, LLC
5307 E. Mockingbird Lane, 5th Floor
Dallas, TX 75206-5109

Vadim Serebro
Chief Litigation Officer
MCA Recovery, LLC
17 State Street, Suite 4000
New York, NY 10004-1508

Valerie Arrindell
4507 Holland Ave.
Apt. 107B
Dallas, TX 75219-5748

Varkha Agrawal
9900 Broadway St.
Apt. 1341
Pearland, TX 77584-8433

Vic Ramon
4024 Brynmawr
Dallas, TX 75225-7031

Victor J. Raymon
TTE Pain Management
888 Prospect St.
Suite 210
La Jolla, CA 92037-4261

Victor Ramos
8420 S. Bull Run
Odessa, TX 79766-9018

Viewpoint Securities, LLC
3639 Midway Dr., Ste. B172
San Diego, CA 92110-5254

Vis Vires Group, Inc.
C/O Nadich Wurman, LLP
111 Great Neck Road, Suite 214
Great Neck, NY 11021-5408

W.B. McDermott
1740 Esquimalt Ave.
Apt. 703
West Vancouver, BC
V7V 1R8 Canada

WTG Fuels, Inc.
C/O G. William Fowler, PC
3800 East 42nd Street, Suite 600
Odessa, TX 79762-5930

Wade Stubblefield
3731 Link View Dr.
Houston, TX 77025-3511

Waterloo B-1410 Belgium

Watson Packer, LLC
d/b/a Chief Services
600 N. Big Spring Street
Midland, TX 79701-4329

Wayne Hackett
6881 Waipouli Rd.
Kapaa, HI 96746-8842

Wayne Hackett and Emmett Hutchins
6881 Waipouli Rd.
Kapaa, HI 96746-8842

Wayne T. Franke
PO Box 150880
Austin, TX 78715-0880

West Texas Office Equipment
1403 N. Big Spring Street
Midland, TX 79701-2753

West Unified Communications Service, Inc.
11808 Miracle Hills Dr.
Omaha, NE 68154-4403

West Unified Communications Services
C/O Patrick R. Guinan
Erickson Sederstrom, PC
10330 Regency Pkwy. Drive
Omaha, NE 68114-3761

Westpark Capital Inc
900 Avenue of The Stars
Suite 310
Los Angeles, CA 90067
William Carter
619 W. Texas Ave.

Whitco Supply, LLC
820 E. St Mary Boulevard
Lafayette, LA 70503-2365

Whitco Supply, LLC
C/O Barry Sallinger
PO Box 2433
Lafayette, LA 70502-2433

William Brian McDermott
C/O Richard Scarborough
8 Bonnie Brae Drive
Weaverville, NC 28787-9738

William Cupp
9439 Leesburg Pike
Vienna, VA 22182-1460

William Devereux Brunner
2201 Country Club Dr.
Midland, TX 79701-5720

William I. O'Neill, III
3424 S County Road 1192
Midland, TX 79706-6388

William J. Martin
8802 Silverarrow Court
Austin, TX 78759-7414

William R. Hyde
9011 N. Bayshore Dr.
Miami, FL 33138-3466

William T. Neary
U.S. Trustee
1100 Commerce Street
Room 9C60
Dallas, TX 75242-0996

Worldwide Machinery, Ltd.
2200 Post Oak Blvd.
Suite 1400
Houston, TX 77056-4712

XO Communication
14239 Collections Center Dr.
Chicago,. IL 60693-0142

Yellowhouse Machinery Co.
C/O Stockard, Johnston & Brown, PC
1800 S. Washington, Suite 115
Amarillo, TX 79102-2668
Attn:  J. Daren Brown

Yochanan StepenRechov Hataysim
44/4 Jersualem 92509 Israel

Zabullah Saboory
6214 Ellenview Ave.
West Hills, CA 91307-2711

Zach Easton
15100 Lucidi Farms Way
Poway, CA 92064-6246

Zack Easton
10679 E. Fanfol Ln.
Scottsdale, AZ 85258-6081

Zeno Office Solutions, Inc.
5301 W. Loop 250 N.
Midland, TX 79707-4111

Michael S. Mitchell
DeMarco-Mitchell, PLLC
1255 West 15th Street
Suite 805
Plano, TX 75075-7225

Robert Neborsky
c/o Quilling, Selander, Lownds, et al
Attn:  Christopher J. Moser
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3071

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accounting DivBankruptcy Section
PO Box 13528
Austiin, TX 78711-3528

(d)Texas State Comptroller
Capitol Station
Austin, TX 78774

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

SEC
Burnett Plaza
801 Cherry Street
Suite 1900, Unit 18
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Crown Financial, LLC

(u)Midland County Utility District

(u)Redwood Fund, LP

(u)TRE & Associates, LLC

(u)Acerco SA (Antoine De Sejournet)
56 drve d'Argenteuil

(u)Adam Kasower
25170 Bridger Rd