DeMarco-MItchell, PLLC
1255 West 15th Street, Suite 805
Plano, TX 75075
Telephone:   972-578-1400
Facsimile:   972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STW Resources Holding Corp. | § | |
| 26-1945743 | § | Case No. 16-33121-bjh-11 |
| 5307 E. Mockingbird Lane | § | |
| 5th Floor, Mockingbird Station | § | |
| Dallas, TX 75206 | § | |
| | § | Chapter 11 |
| | § | |
| | § | |
| Debtor | § | |

### Notice of Change in Matrix of Creditors

The attached creditor matrix is being filed to change the original matrix for the following reason:

    X          Adding Creditors

               Deleting Creditors

               Creditor Address Changes

*IMPORTANT
A separate Notice of Change in Creditor Matrix is required for each category for those cases where more than one of the above categories applies.    Please list on required matrix form, only those creditors affected by the change. **DO NOT REFILE A COMPLETE NEW MATRIX.**

The attorney for the above-named Debtor hereby verifies that the changes in the attached creditor matrix are true and correct to the best of his knowledge.

Date:   October 5,  2016                      Respectfully Submitted,

/s/ Michael S. Mitchell
_____
Michael S. Mitchell, Texas Bar No. 00788065
DeMarco-Mitchell, PLLC
1255 West 15th Street, Suite 805
Plano, TX 75075
Telephone:   (972) 578-1400/Facsimile:   (972) 346-6791
E-mail:   mike@demarcomitchell.com
Proposed Counsel For Debtor

Audrey Lee Maddox
203 West Wall
Suite 1202
Midland, TX 79701

Carlos Martinez
1016 Pueblo
Odessa, TX 79761

Eduardo P. Baca
15229 S. Cuspid
Odessa, TX 79766

Erasmo I. Carrasco
P.O. Box 442
Stanton, TX 79782

Lazaro F. Tejada
12065 West Doris Drive
Odessa, TX 79764

Mario G. Palomo
PO Box 1068
Monahans, TX 79756

McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680-1269

McDerMedia, Inc.
3952 D Clairemont Mesa Blvd. #198
San Diego, CA 92117

Midland Central Appraisal District
P.O. Box 908002
Midland, TX 79708-0002

Olen Coursey
143 S. Hasty
Odessa, TX 79763

Paxton S. Beauchamp
5200 N. Midkiff Rd.
Midland, TX 79705

Perry G. Fikes
4107 Irvin Dr.
Midland, TX 79705

Steven Swartz
11100 Santa Monica Blvd.
#400
Los Angeles, CA 90025

Team Industrial Services, Inc.
C/O 13131 Dairy Ashford
Suite 600
Sugarland, TX 77478

WTG Fuels, Inc.
P.O. Box 3514
Midland, TX 79706

UPS
C/O Synter Resource Group, LLC
PO Box 63247
North Charleston, SC 29419-3247

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the attached Notice of Change in Matrix of Creditors were served upon all added creditors and upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 5th day of October, 2016.

Respectfully Submitted,

/s/ Michael S. Mitchell

_____

Michael S. Mitchell, Texas Bar No. 00788065
DeMarco-Mitchell, PLLC
1255 West 15th Street, Suite 805
Plano, TX 75075
Telephone:   (972) 578-1400
Facsimile:    (972) 346-6791
E-mail:   mike@demarcomitchell.com
Proposed Counsel For Debtor

| DEBTOR AND DEBTOR'S COUNSEL | |
|---|---|
| STW Resources Holding Corp.<br>5307 E. Mockingbird Lane<br>5th Floor, Mockingbird Station<br>Dallas, TX 75206 | Michael S. Mitchell<br>DeMarco·Mitchell, PLLC<br>1255 West 15th Street, Suite 805<br>Plano, TX 75075<br>mike@demarcomitchell.com |

| UNITED STATES TRUSTEE | |
|---|---|
| Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>ustpregion06.da.ecf@usdoj.gov | Meredyth A. Kippes<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>meredyth.a.kippes@usdoj.gov |

| SECURED CREDITORS | |
|---|---|
| Arch Capital Funding, LLC<br>160 Pearl Street, Suite 5<br>New York, NY 10005 | Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708 |

Crown Financial, LLC
C/O Clarke Viron Rogers
Forshey & Prostok LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
crogers@forsheyprostok.com

Midland Co. and Midland Co. Utilty Dist.
C/O Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Midland Central Appraisal District
C/O Lee Gordon
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680-1269
leon.gordon@mvbalaw.com

**TWENTY LARGEST UNSECURED CREDITORS**

GE Ionics, Inc.
C/O Glenn Reisman, Esq.
12 Old Hollow Road, Suite B
Trumbull, CT 06611

East J4 LP
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702

United Drilling, Inc.
C/O Shafer, Davis, O'Leary & Stoker
PO Drawer 1552
Odessa, TX 79760-1552
Attn:   James W. Essman

Redwood Funding
50233 North Parkway
Calabasas, CA 91302

Crown Financial, LLC
P.O. Box 219330
Houston, TX 77218

Anson Investments
Master Fund #2
200 Seaport Blvd. #Z2h
Boston, MA 02210

MKM Master Opportunity Fund
28 West 44th Street, 16th Floor
New York, NY 10024

McNees Wallace & Nurick, LLC
100 Pine Street
Harrisburg, PA 17108

Black Pearl Energy
5307 E. Mockingbird Lane
5th Floor
Dallas, TX 75201

Janet Stinus
C/O Cotton, Bledsoe, Tighe & Dawson, PC
PO Box 2776
Midland, TX 79702

Dufrane Nuclear Shielding, Inc.
C/O Darrell W. Corzine
4840 E. University Blvd.
Odessa, TX 79762

Watson Packer, LLC
d/b/a Chief Services
600 N. Big Spring Street
Midland, TX 79701

| | |
|---|---|
| Energy Transfer<br>C/O Keegan Pieper, Assoc. Gen. Counsel<br>1300 Main Street<br>Mail Stop 20.035C<br>Houston, TX 77002 | Rhonda J. Parish & Celia A. Kudro<br>627 Cherokee Circle<br>Orlando, FL 32801 |
| Lynette Dillen<br>C/O Pope, Berger, Williams & Reynolds<br>401 B Street, Suite 2000<br>San Diego, CA 92101 | FirstFire Global Opportunities Fund, LLC<br>C/O Nicolas F. Coscia, Esq.<br>PO Box 789<br>Cardiff-by-the-Sea, CA 92007 |
| Adam Kasower<br>25170 Bridger Rd<br>Hidden Hills, CA 91302 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Zach Easton<br>10679 East Fanfol Lane<br>Scottsdale, AZ 85258 | W.B. McDermott<br>1740 Esquimalt Ave., Apt. 703<br>Vancouver, BC<br>V7V 1R8 Canada |

**PARTIES FORMALLY APPEARING AND/OR REQUESTING NOTICE**

| | |
|---|---|
| Midland County<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com | Midland County Utility District<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com |
| Jolene M. Wise<br>Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604<br>wisej@sec.gov | Kimberly A. Walsh<br>Assistant Attorney General<br>Texas Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548<br>Bk-kwalsh@texasattorneygeneral.gov<br>Sherri.simpson@texasattorneygeneral.gov |
| Sandford L. Frey<br>Creim Macias Koenig & Frey, LLP<br>633 West Fifth Street, 48th Floor<br>Los Angeles, CA 90071<br>sfrey@cmkllp.com | Stuart I. Koenig<br>Creim Macias Koenig & Frey, LLP<br>633 West Fifth Street, 48th Floor<br>Los Angeles, CA 90071<br>skoenig@cmkllp.com |

| | |
|---|---|
| Jeff P. Prostok<br>Forshey & Prostok, LLP<br>777 Main Street, Suite 1290<br>Fort Worth, TX 76102<br>jprostok@forsheyprostok.com | Clarke V. Rogers<br>Forshey & Prostok, LLP<br>777 Main Street, Suite 1290<br>Fort Worth, TX 76102<br>crogers@forsheyprostok.com |
| C/O Christopher J. Moser<br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>cmoser@qslwm.com | TRE & Associates, LLC<br>C/O Harrel L. Davis<br>Gordon Davis Johnson & Shane, PC<br>PO Box 1322<br>El Paso, TX 79947-1322<br>hdavis@eplawyers.com |
| James A. Skelton<br>JAS Financial Services, LLC<br>6565 Via de la Reina<br>Bonsall, CA 92003<br>jim@jaskelton.com | Gary Trust<br>C/O Joyce W. Lindauer<br>12720 Hillcrest Road, Suite 625<br>Dallas, TX 75230<br>joyce@joycelindauer.com |

**INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AGENCIES ENTITLED TO NOTICE**

| | |
|---|---|
| Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604<br>Attn: Jolene M. Wise<br>wisej@sec.gov |
| Office of the United States Attorney<br>3rd Floor, 1100 Commerce Street<br>Dallas, TX 75242-1699 | State Comptroller of Public Accounts<br>Revenue Accounting Division-<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, Texas 78711 |
| Texas Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548<br>Bk-kwalsh@texasattorneygeneral.gov<br>Sherri.simpson@texasattorneygeneral.gov | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th Street<br>Austin, Texas 78778 |

| **CREDITORS' COMMITTEE** | |
|---|---|
| Watson Packer, LLC<br>d/b/a Chief Services<br>Hyatt Harvey, Engineer<br>600 North Big Spring Street<br>Midland, TX 79701<br>Pjharvey1@aol.com | GE Ionics, Inc.<br>Glenn Reisman, In House Counsel<br>12 Old Hollow Road, Suite B<br>Trumbull, CT 06611<br>Glenn.reisman@ge.com |
| Rhonda J. Parish<br>627 Cherokee Circle<br>Orlando, FL 32801<br>rjparish@mac.com | |

| **INDENTURE TRUSTEE** |
|---|
| N/A |