DeMarco Mitchell PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
T  972-578-1400
F  972-346-6791

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | |
|---|---|
| **STW Resources Holding Corp.**<br>26-1945743<br>5307 E. Mockingbird Lane<br>5th Floor, Mockingbird Station<br>Dallas, TX 75206<br><br>Debtor | Case No. 16-33121-BJH-11<br><br><br><br><br>Chapter    11 |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

**STW Resources Holding Corp.,** Debtor in the above-styled and numbered bankruptcy case (hereinafter "Debtor"), hereby submits this Witness and Exhibit List for the November 1, 2016 hearing on *Gary Trust's Motion to Convert Case to Chapter 7*:

I.   **EXHIBITS**

Debtor may introduce one or more of the following exhibits:

1. Any and all pleadings currently on file respecting the above identified Motion, and the exhibits attached thereto or identified therein;

2. All schedules and statements currently on file;

3. Any exhibits listed by any other party.

II.   **WITNESSES**

Debtor may call any one or more of the following witnesses:

4. Grant Seabolt, Current Director of STW Resources Holding Corp.;

5. Alan Murphy, Past Chief Executive Officer of STW Resources Holding Corp.;

6. James A. Skelton, Proposed Financial Advisor to the Proposed Plan Sponsor;

7. Ron Levy, designee of Redwood Funding, Proposed Plan Sponsor;

8. Mike Poutre, designee of Redwood Funding, Proposed Plan Sponsor;

9. Additional designee of Redwood Funding, Proposed Plan Sponsor; and

10. Any witness listed by any other party.

Debtor reserves the right to introduce or to call one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to hearing.

Respectfully submitted,

Dated: October 27, 2016

*/s/ Michael S. Mitchell*
DeMarco·Mitchell, PLLC
Robert T. DeMarco, Texas Bar No. 24014543
Email    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
Email    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T         972-578-1400
F         972-346-6791
Counsel for Debtor

**CERTIFICATE OF SERVICE**

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 27th day of October, 2016. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

| MOVANT |
|---|
| Gary Trust<br>C/O Joyce W. Lindauer<br>12720 Hillcrest Road, Suite 625<br>Dallas, TX 75230<br>joyce@joycelindauer.com |

| DEBTOR |
|---|
| STW Resources Holding Corp.<br>5307 E. Mockingbird Lane<br>5th Floor, Mockingbird Station<br>Dallas, TX 75206 |

| UNITED STATES TRUSTEE | |
|---|---|
| Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>ustpregion06.da.ecf@usdoj.gov | Meredyth A. Kippes<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>meredyth.a.kippes@usdoj.gov |

| PARTIES FORMALLY APPEARING AND/OR REQUESTING NOTICE | |
|---|---|
| Midland County<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com | Midland County Utility District<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com |
| Jolene M. Wise<br>Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604<br>wisej@sec.gov | Kimberly A. Walsh<br>Assistant Attorney General<br>Texas Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548<br>Bk-kwalsh@texasattorneygeneral.gov<br>Sherri.simpson@texasattorneygeneral.gov |

Sandford L. Frey
Creim Macias Koenig & Frey, LLP
633 West Fifth Street, 48th Floor
Los Angeles, CA 90071
sfrey@cmkllp.com

Redwood Fund
C/O Stuart T. Koenig
Creim Macias Koenig & Frey, LLP
633 West Fifth Street, 48th Floor
Los Angeles, CA 90071
skoenig@cmkllp.com

Jeff P. Prostok
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
jprostok@forsheyprostok.com

Clarke V. Rogers
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
crogers@forsheyprostok.com

Robert Neborksy
C/O Christopher J. Moser
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
cmoser@qslwm.com

TRE & Associates, LLC
C/O Harrel L. Davis
Gordon Davis Johnson & Shane, PC
PO Box 1322
El Paso, TX 79947-1322
hdavis@eplawyers.com

James A. Skelton
JAS Financial Services, LLC
6565 Via de la Reina
Bonsall, CA 92003
jim@jaskelton.com

Midland CAD
C/O Lee Gordon
McCreary, Veselka, Bragg and Allen, P.C.
P.O. Box 1269
Round Rock, TX 78665
lee.gordon@mvbalaw.com

Diane Herrman
15001 E County Road 230
Midland, TX 79706

TRE & Associates, LLC
C/O Harrel L. Davis
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa, Suite 100
El Paso, TX 79912
hdavis@eplawyers.com

### UNSECURED CREDITORS' COMMITTEE

Watson Packer, LLC
d/b/a Chief Services
Hyatt Harvey, Engineer
600 North Big Spring Street
Midland, TX 79701
Pjharvey1@aol.com

GE Ionics, Inc.
Glenn Reisman, In House Counsel
12 Old Hollow Road, Suite B
Trumbull, CT 06611
Glenn.reisman@ge.com

Rhonda J. Parish
627 Cherokee Circle
Orlando, FL 32801
rjparish@mac.com


*/s/ Michael S. Mitchell*
DeMarco·Mitchell, PLLC
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791