Joyce W. Lindauer
State Bar No. 21555700
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR GARY TRUST

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| STW Resources Holding Corp., | § | CASE NO. 16-33121-bjh11 |
| | § | Chapter 11 |
| Debtor. | § | |

### WITNESS AND EXHIBIT LIST OF GARY TRUST

Comes now Gary Trust, a creditor and party-in-interest in the above-styled and numbered bankruptcy case, and files this its Witness and Exhibit List for the hearings scheduled on November 1, 2016.

### Witnesses

At the hearing, Gary Trust may call the following persons to testify as witnesses:

1. Gary Morris

2. Any witness designated by any other party

### Exhibits

At the hearing Gary Trust may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | Docket Sheet | | |
| 2 | Schedules of Assets and Liabilities [Docket No. 26] | | |
| 3 | Amended Statement of Financial Affairs [Docket No. 53] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 4 | Gary Trust's Motion to Convert Case to Chapter 7 [Docket No. 43] | | |
| 5 | Debtor's Response to Gary Trust's Motion to Convert Case to Chapter 7 [Docket No. 62] | | |
| 6 | Excerpt from Transcript of 341 Meeting of Creditors | | |
| 7 | Any exhibits identified by any other party. | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

    Dated: October 24, 2012.

                                                    Respectfully Submitted

                                                    */s/ Joyce W. Lindauer*
                                                    Joyce W. Lindauer
                                                    State Bar No. 21555700
                                                    Joyce W. Lindauer Attorney, PLLC
                                                    12720 Hillcrest Road, Suite 625
                                                    Dallas, Texas 75230
                                                    (972) 503-4033 Telephone
                                                    (972) 503-4034 Facsimile

                                                    ATTORNEYS FOR GARY TRUST

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned hereby certifies that on October 27, 2016, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case.

                                                   */s/ Joyce W. Lindauer*
                                                   Joyce W. Lindauer