DeMarco Mitchell PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T**  972-578-1400
**F**  972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**STW Resources Holding Corp.**<br>**26-1945743**<br>**5307 E. Mockingbird Lane**<br>**5th Floor, Mockingbird Station**<br>**Dallas, TX 75206**<br><br>Debtor | **Case No. 16-33121-BJH-11**<br><br><br><br>**Chapter       11** |

---

**DEBTOR'S WITNESS AND EXHIBIT LIST**

---

**STW Resources Holding Corp.,** Debtor in the above-styled and numbered bankruptcy case (hereinafter "Debtor"), hereby submits this Witness and Exhibit List for the December 21, 2016 hearing on the *Debtor's Motion to Extend 11 U.S.C. §1121 Exclusivity Periods*:

## I.       EXHIBITS

Debtor may introduce one or more of the following exhibits:

1.       Any and all pleadings currently on file respecting the above identified Motion, and the exhibits attached thereto or identified therein;

2.       All schedules and statements currently on file;

3.       Any exhibits listed by any other party.

## II.       WITNESSES

Debtor may call any one or more of the following witnesses:

4.      D. Grant Seabolt, Current Director of STW Resources Holding Corp.;

5.      Additional designee of Redwood Funding, Proposed Plan Sponsor; and

6.      Any witness listed by any other party.

Debtor reserves the right to introduce or to call one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal.  Debtor further reserves the right to supplement this list prior to hearing.


                                        Respectfully submitted,

Dated:  December 16, 2016               /s/ Michael S. Mitchell
                                        DeMarco·Mitchell, PLLC
                                        Robert T. DeMarco, Texas Bar No. 24014543
                                        Email    robert@demarcomitchell.com
                                        Michael S. Mitchell, Texas Bar No. 00788065
                                        Email    mike@demarcomitchell.com
                                        1255 W. 15th Street, 805
                                        Plano, TX 75075
                                        T        972-578-1400
                                        F        972-346-6791
                                        Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 16th day of December, 2016. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

### DEBTOR

STW Resources Holding Corp.
5307 E. Mockingbird Lane
5th Floor, Mockingbird Station
Dallas, TX 75206

### UNITED STATES TRUSTEE

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

Meredyth A. Kippes
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
meredyth.a.kippes@usdoj.gov

### PARTIES FORMALLY APPEARING AND/OR REQUESTING NOTICE

Midland County
C/O Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Midland County Utility District
C/O Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Jolene M. Wise
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
wisej@sec.gov

Kimberly A. Walsh
Assistant Attorney General
Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
Bk-kwalsh@texasattorneygeneral.gov
Sherri.simpson@texasattorneygeneral.gov

Sandford L. Frey
Leech Tishman Fuscaldo & Lampi
100 Corson St., Third Floor
Pasadena, CA 91103
sfrey@leechtishman.com

Redwood Fund
C/O Stuart T. Koenig
Creim Macias Koenig & Frey, LLP
633 West Fifth Street, 48th Floor
Los Angeles, CA 90071
skoenig@cmkllp.com

Jeff P. Prostok
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
jprostok@forsheyprostok.com

Clarke V. Rogers
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
crogers@forsheyprostok.com

Robert Neborksy
C/O Christopher J. Moser
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
cmoser@gslwm.com

TRE & Associates, LLC
C/O Harrel L. Davis
Gordon Davis Johnson & Shane, PC
PO Box 1322
El Paso, TX 79947-1322
hdavis@eplawyers.com

James A. Skelton
JAS Financial Services, LLC
6565 Via de la Reina
Bonsall, CA 92003
jim@jaskelton.com

Midland CAD
C/O Lee Gordon
McCreary, Veselka, Bragg and Allen, P.C.
P.O. Box 1269
Round Rock, TX 78665
lee.gordon@mvbalaw.com

Diane Herrman
15001 E County Road 230
Midland, TX 79706

TRE & Associates, LLC
C/O Harrel L. Davis
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa, Suite 100
El Paso, TX 79912
hdavis@eplawyers.com

Thomas Hook
965 Georgia Ave.
Burleson, TX 76028

Power Up Lending Group, Ltd.
C/O Daniel P. Winikka
Loewinsohn Flegle Deary Simon LLP
12377 Merit Drive, Suite 900
Dallas, TX 75251
danw@lfdslaw.com

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251
eric@ealpc.com

Gary Trust
C/O Joyce W. Lindauer
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
joyce@joycelindauer.com

## UNSECURED CREDITORS' COMMITTEE

Watson Packer, LLC
d/b/a Chief Services
Hyatt Harvey, Engineer
600 North Big Spring Street
Midland, TX 79701
Pjharvey1@aol.com

GE Ionics, Inc.
Glenn Reisman, In House Counsel
12 Old Hollow Road, Suite B
Trumbull, CT 06611
Glenn.reisman@ge.com

Rhonda J. Parish
627 Cherokee Circle
Orlando, FL 32801
rjparish@mac.com

*/s/ Michael S. Mitchell*
DeMarco·Mitchell, PLLC
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791