United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1079
Meredyth A. Kippes, Trial Attorney
State Bar No. 24007882

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **STW Resources Holding Corp.,** | § | **Case No.:  16-33121-BJH-11** |
| | § | |
| **Debtor.** | § | **Hearing Date:  May 4, 2017** |
| | § | **Hearing Time:  1:15 p.m.** |

**Witness and Exhibit List in Connection with United States Trustee's Motion to Dismiss or, in the Alternative, to Convert under 11 U.S.C. §1112(b)(1) (Docket Entry No. 100)**

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for Region 6 files this witness and exhibit list in connection with his Motion to Dismiss or, in the Alternative, to Convert under 11 U.S.C. §1112(b)(1) (Docket Entry No. 100).

**Witnesses**

1. Alan Murphy, Debtor's principal;

2. Any witness identified by any other party.

**Exhibits**

| Exhibit Number | Description | Admitted |
|---|---|---|
| UST-A | Docket Sheet, *In re STW Resources Holding Corp.*, Case No. 16-33121-BJH-11 | |
| UST-B | Gary Trust's Motion to Convert Case to Chapter 7 (Docket Entry No. 43) | |

| Exhibit Number | Description | Admitted |
|---|---|---|
| UST-C | Debtor's Response to Gary Trust's Motion to Convert Case to Chapter 7 (Docket Entry No. 62) | |
| UST-D | Redwood Fund, L.P.'s Joinder in Opposition to Motion to Convert Case to Chapter 7 (Docket Entry No. 66) | |
| UST-E | Debtor's Local Rule 3016(c) Report Regarding Proposed Plan of Reorganization (Docket Entry No. 84) | |
| UST-F | Order Granting Debtor's Motion to Extend 11 U.S.C. §1121 Exclusivity Periods (Docket Entry No. 94) | |
| UST-G | Agreed Order Terminating the Automatic Stay (Docket Entry No. 87) | |
| UST-H | Amended Schedules D, E/F, G and H (Docket Entry No. 52) | |
| UST-I | Original Schedules (Docket Entry No. 26) | |

The United States Trustee reserves the right to use testimony and documents offered into evidence by other parties.

The United States Trustee reserves the right to offer into evidence any other exhibit designated by any other party in connection with the hearing on these matters.

The United States Trustee reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

Dated: April 30, 2017.                    Respectfully Submitted,

                                          WILLIAM T. NEARY
                                          UNITED STATES TRUSTEE

                                          */s/ Meredyth A. Kippes*
                                          Meredyth A. Kippes, Trial Attorney
                                          State Bar No. TX 24007882
                                          Office of the United States Trustee
                                          1100 Commerce St.  Room 976
                                          Dallas, Texas  75242
                                          meredyth.a.kippes@usdoj.gov
                                          Phone:  (214) 767-1079

**Certificate of Service**

I certify that I sent copies of the foregoing document on April 30, 2017 to the parties listed below via ECF.

                                      */s/ Meredyth A. Kippes*
                                      Meredyth A. Kippes

| | |
|---|---|
| Mike Mitchell<br>DeMarco-Mitchell, PLLC<br>1255 West 15th Street, Suite 805<br>Plano, Texas 75075 | Laura J. Monroe<br>Perdue, Brandon, Fielder,<br>Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, Texas 79408 |
| STW Resources Holding Corp.<br>5307 E. Mockingbird Lane<br>5th Floor, Mockingbird Station<br>Dallas, Texas 75206 | Joyce W. Lindauer<br>12720 Hillcrest Road, Suite 625<br>Dallas, Texas 75230 |
| Jeff P. Prostok<br>Clarke V. Rogers<br>Forshey & Prostok, LLP<br>777 Main Street, Suite 1290<br>Fort Worth, Texas 76102 | Sanford L. Frey<br>Leech Tishman Fuscaldo & Lampl<br>100 Corson Street<br>Third Floor<br>Pasadena, California 01103 |
| Daniel P. Winikka<br>Loewinsohn Flegle Deary Simon LLP<br>12377 Merit Drive, Suite 900<br>Dallas, Texas 75251 | Eric A. Liepins<br>12770 Coit Road, Suite 1100<br>Dallas, Texas 75251 |
| Christopher J. Moser<br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201 | Lee Gordon<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, Texas 78680 |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Texas Attorney General's Office<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | Hyatt Harvey<br>Watson Packer, LLC, d/b/a Chief Services<br>600 North Big Spring Street<br>Midland, TX 79701 |
| Jolene M. Wise<br>Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, Illinois 60604 | Glenn Reisman<br>GE Ionics, Inc.<br>12 Old Hollow Road, Ste. B<br>Trumbull, CT 06611 |
| Harrel L. Davis<br>Gordon Davis Johnson & Shane, P.C.<br>P.O. Box 1322<br>El Paso, Texas 79947-1322 | Rhonda J. Parish<br>627 Cherokee Circle<br>Orlando, FL 32801 |